**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____  Chapter  7

☐ Check if this an
   amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Priority Logistics Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 48-1251234 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 17027 Belinder Road <br> Stilwell, KS 66085 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Johnson | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  https://prioritylogisticsinc.com/

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201               **Voluntary Petition for Non-Individuals Filing for Bankruptcy**               page 1

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

�■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

�■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**      .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 17, 2023
               MM / DD / YYYY

**X** /s/ David A. Burdick                                    David A. Burdick
Signature of authorized representative of debtor              Printed name

Title    Executive Vice President

**18. Signature of attorney**

**X** /s/ Colin Gotham                              Date    April 17, 2023
Signature of attorney for debtor                           MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone    (913) 962-8700        Email address    cgotham@emlawkc.com

KS#19538; MO#52343 KS
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

Debtor name    Priority Logistics Inc.

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    0.00    -    0.00    = ....    Unknown
               face amount             doubtful or uncollectible accounts

12.    **Total of Part 3.**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $0.00

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Workstation Cubicles & Office Chairs located at 6900 College Blve, Suite 470, Leawood, KS | $0.00 | Liquidation | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computers & Related Accessories | $0.00 | Liquidation | Unknown |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, and other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $0.00 |

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| | | | |
|---|---|---|---|
| 47.1. | Trailer Unknown location may have been repossessed Greenback Capital | $0.00 | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | 11 2006 WBSH Duraplate Trailer | $0.00 | Liquidation | $0.00 |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $0.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** https://prioritylogisticsinc.com/ | $0.00 | | $0.00 |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** Customers List | $0.00 | | $0.00 |
| 64.   **Other intangibles, or intellectual property** | | | |

Claims against Alva Advance, LLC, Kingdom
Kapital, Gene Rosen's Law Firm, & Mediation and
Civil Arbitration, Inc. d/b/a Rapid Ruling and other
legal theories                                    $0.00                              $0.00

| | | | |
|---|---|---|---|

65.    **Goodwill**
       Goodwill                                    $0.00                         Unknown

66.    **Total of Part 10.**                                              $0.00
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                         Current value of
                                                                         debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**
       Chubb Insurance for fiduciary, crime, special coverage, and
       directors and officers                                                $0.00

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**
       Possible Claims against Greenback Capital for unlawful
       repossession, conversion, and other legal theories                   Unknown
       **Nature of claim**
       **Amount requested**              $0.00

       Claim against Chub Insurance for breach of contract and
       bad faith insurance denial and other legal theories                  Unknown
       **Nature of claim**
       **Amount requested**              $0.00

| Claims against Michael & Sarah Brennan for embezzlement, conversion, fraud and other legal theories | $0.00 |
|---|---|
| **Nature of claim** | |
| **Amount requested**      $0.00 | |

| Possible Claims against Tim Nolan for ill gotten gains and other legal theories | Unknown |
|---|---|
| **Nature of claim** | |
| **Amount requested**      $0.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
Ice Maker, Loveseat, Computers, Server, & Other Misc. Property in David Burdick's garage            $0.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor  Priority Logistics Inc.
Name

Case number (If known) _____

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name    Priority Logistics Inc.

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   Alliance Tech<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>11 2006 WBSH Duraplate Trailer | Unknown | $0.00 |
| 1024 47th Street #10<br>Emeryville, CA 94608<br>Creditor's mailing address | **Describe the lien**<br>Loan on Trailer<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.**   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $0.00 |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| California Department of Motor Vehicles<br>PO Box 2135<br>Shingle Springs, CA 95682 | Line   2.1 | |

Fill in this information to identify the case:

Debtor name    Priority Logistics Inc.

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.**
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $878.42 | $878.42 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
Taxes Due

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br><br>Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005 | $2,050.25 | $2,050.25 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
Withholding Taxes

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Priority Logistics Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,578.99 | $3,578.99 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

Missouri Department of Labor
Div of Employment Security
PO Box 59
Jefferson City, MO 65104-0059

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,578.99   $3,578.99

Date or dates debt was incurred

Basis for the claim:
Unemployment insurance tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

Texas Workforce Commission
Tax Department
101 East 15th Street
Austin, TX 78778-0091

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:
Unemployment insurance tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

100 CORPORATION LLC
11903 Auburn Road
Suite B
Laredo, TX 78045

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$497,174.00

Basis for the claim:  Trade Debt

Date(s) debt was incurred ___
Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

50 STAR LOGISTICS LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,200.00

Basis for the claim:  Trade Debt

Date(s) debt was incurred ___
Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

5AB CARRIER LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,350.00

Basis for the claim:  Trade Debt

Date(s) debt was incurred ___
Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

---

**3.4**

**Nonpriority creditor's name and mailing address**
A & J ONE TRANSPORT INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$5,650.00

---

**3.5**

**Nonpriority creditor's name and mailing address**
A Lot A Clean Inc
PO Box 284
Lees Summit, MO 64063

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.6**

**Nonpriority creditor's name and mailing address**
A TO B LOGISTICS INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$700.00

---

**3.7**

**Nonpriority creditor's name and mailing address**
A&D CARRIER INC
eCapital Freight Factoring Corp
PO Box 206773
Dallas, TX 75261

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$978.00

---

**3.8**

**Nonpriority creditor's name and mailing address**
AAA Cooper Transportation
PO Box 935003
Atlanta, GA 31193-5003

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$33,884.92

---

**3.9**

**Nonpriority creditor's name and mailing address**
AAA LOGISTICS GROUP INC
ASSIST FINANCIAL SERVICES, INC
PO Box   347
Madison, SD 57042

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$6,300.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
AAAK TRUCKING LLC
59 FERNWOOD DR
Rocky Hill, CT 06067

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,725.00

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|------|--|--|--|
| | ABDU TRANSPORTATION LLC<br>Triumph Business Capital<br>PO Box 610028<br>Dallas, TX 75261 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,581.07 |
|------|--|--|--|
| | ABF Freight<br>3801 Old Greenwood Road<br>Fort Smith, AK 72903 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,178.73 |
|------|--|--|--|
| | ABF FREIGHT SYSTEM<br>ArcBest<br>4033 N Pleasant Ave<br>Kansas City, MO 64161-9200 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,582.00 |
|------|--|--|--|
| | ACE USA<br>% CISCO, INC.<br>PO BOX 801088<br>Houston, TX 77280-1088 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,524.62 |
|------|--|--|--|
| | ACI MOTOR FREIGHT INC<br>4545 S PALISADE ST<br>Wichita, KS 67217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,470.00 |
|------|--|--|--|
| | Advance Transportation Systems<br>10558 Taconic Terrace<br>Cincinnati, OH 45215 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,376.00 |
|------|--|--|--|
| | AFCO<br>5600 N. River Road, Suite 400<br>Rosemont, IL 60018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Priority Logistics Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,450.00 |
|---|---|---|---|

**3.18**

Nonpriority creditor's name and mailing address

AG Express Line Inc
Next Day Funding Inc
21000 Torrence Ave
Chicago Heights, IL 60411

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$3,450.00

---

**3.19**

Nonpriority creditor's name and mailing address

AGH Truck Lines Inc.
3845 South El Dorado Street
Stockton, CA 95204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$646,875.00

---

**3.20**

Nonpriority creditor's name and mailing address

AKAL EXPRESS INC
PO BOX  840267
Dallas, TX 95284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$3,000.00

---

**3.21**

Nonpriority creditor's name and mailing address

ALL ROUTES TRANSPORT LTD
173 WARD CRESCENT NW
Edmonton, AB T6T 1M7
Canada

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$2,700.00

---

**3.22**

Nonpriority creditor's name and mailing address

Alliant Insurance Services Inc.
1421 Hanz Drive
New Braunfels, TX 78130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.23**

Nonpriority creditor's name and mailing address

ALPHA TRANSPORT INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$3,100.00

---

**3.24**

Nonpriority creditor's name and mailing address

Alpha Trucks and Transport
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$52,515.94

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,488.47 |
|---|---|---|---|

**3.25** Nonpriority creditor's name and mailing address
Altus Corporate 44 Partners, LLC
231 South Bemiston Ave
Suite 650
St. Louis, MO 63105

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,488.47**

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
Ameren Missouri
PO Box 790098
St. Louis, MO 63179-0098

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,354.92**

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
AMERICAN FAMILY INSURANCE
14151 Murlen Rd
Olathe, KS 66062

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$355.02**

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
AMERICAN MILE INC
JD Factors
PO Box 687
Wheaton, IL 60187

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,950.00**

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
AMEVA TRANSPORT INC
ENGLAND CARRIER SERVICES
PO Box  953086
St. Louis, MO 63195

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$975.00**

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
ANDREX LOGISTICS INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,850.00**

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address
ANGELS OVER GRAHAMS TRUCKING LLC
Financial Carrier Services, Inc.
PO Box 151052
Ogden, UT 84415

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,500.00**

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32**

Nonpriority creditor's name and mailing address
ANTONIO GONZALEZ
eCapital Freight Factoring Corp
PO Box 206773
Dallas, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$3,800.00

**3.33**

Nonpriority creditor's name and mailing address
ANVER INC
Phoenix Capital Group, LLC
PO Box 1415
Des Moines, IA 50305

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$3,500.00

**3.34**

Nonpriority creditor's name and mailing address
Appino & Biggs Reporting Service
5111 SW 21st St
Topeka, KS 66604

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,379.25

**3.35**

Nonpriority creditor's name and mailing address
APPLE EXPRESS LOGISTICS
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,700.00

**3.36**

Nonpriority creditor's name and mailing address
ARC BEST
8401 McClure Drive
Fort Smith, AK 72916

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$925.31

**3.37**

Nonpriority creditor's name and mailing address
Arnold Transportation Services
3375 High Prarie Road
Grand Prairie, TX 75050

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

**3.38**

Nonpriority creditor's name and mailing address
ASAEL TRANSPORT LLC
TBS Factoring Service, LLC
PO Box 248920
Oklahoma City, OK 73124

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,300.00

Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,025.00 |
|---|---|---|---|

**3.39** Nonpriority creditor's name and mailing address
AT TRANSPORTATION INC
147 BAILEY DRIVE
Desoto, TX 75115

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,025.00

---

**3.40** Nonpriority creditor's name and mailing address
AVD TRANSPORT CORP
14360 JAMES ROAD SUITE 102
Rogers, MN 55374

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$1,700.00

---

**3.41** Nonpriority creditor's name and mailing address
B & K GROUP INC
APEX Capital Corp
PO Box 931029
Suite
Fort Worth, TX 76161

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$3,600.00

---

**3.42** Nonpriority creditor's name and mailing address
B&H FREIGHT LINES
PO BOX 509
Harrisonville, MO 64701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$292.10

---

**3.43** Nonpriority creditor's name and mailing address
B6 TRUCKING LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$450.00

---

**3.44** Nonpriority creditor's name and mailing address
BAYSUN LLC
11837 Royal Castle Court
Charlotte, NC 28277

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$3,500.00

---

**3.45** Nonpriority creditor's name and mailing address
BEEMAC, INC
2747 Legionville Road
Ambridge, PA 15003

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,000.00

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,900.00**

BEST FLEET, INC.
424 Meadowpark Lane
Duncan, SC 29334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,375.00**

BHAGO TRANSPORTATION INC
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,367.00**

BIG TRANSPORT INC
963 S FILBERT AVE
Fresno, CA 93727

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,700.00**

BILIM LB INCORPORATED
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,900.00**

BINGO LOGISTICS
Crestmark
PO Box 682348
Franklin, TN 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00**

BLANCA E ECHEVERRIA
309 N Valeria Street
Fresno, CA 93701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

BLUE DOTS LLC
120 West Eastman Street
Suite 205
Arlington Heights, IL 60004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.53**

**Nonpriority creditor's name and mailing address**

BLUEJAYS LOGISTICS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$1,000.00

---

**3.54**

**Nonpriority creditor's name and mailing address**

BNG CARGO INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$1,800.00

---

**3.55**

**Nonpriority creditor's name and mailing address**

BOWERMAN TRUCKING, INC
180 Lee Lane
Searcy, AR 72143

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$2,100.00

---

**3.56**

**Nonpriority creditor's name and mailing address**

BRAINA TRANS LLC
ASSIST FINANCIAL SERVICES, INC
PO Box 347
Madison, SD 57042

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,375.00

---

**3.57**

**Nonpriority creditor's name and mailing address**

BRC AMERICAN TRANSPORTATION LLC
1512 N 75th Avenue
Omaha, NE 68114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,775.00

---

**3.58**

**Nonpriority creditor's name and mailing address**

BRK EXPRESS INC.
Love's Solutions, LLC
PO Box 96-0479
Oklahoma City, OK 73196

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,100.00

---

**3.59**

**Nonpriority creditor's name and mailing address**

BROTHERS DN TRUCKING LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$650.00

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**3.60**
BROTHERS TRANSPORT LLC
201 McPeek Place
Nicholasville, KY 40356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61**
BROTHERTON FARMS TRUCKING LLC
10041 Highway 65
Chillicothe, MO 64601

As of the petition filing date, the claim is: Check all that apply.   $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62**
BS Trans
32 West Verano Court
Tracy, CA 95391

As of the petition filing date, the claim is: Check all that apply.   $2,175.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63**
BYLAND TRANSPORTATION LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

As of the petition filing date, the claim is: Check all that apply.   $975.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64**
Byline Financial Group
Accounts Receivable
Bin 88205
Milwaukee, WI 53288-8205

As of the petition filing date, the claim is: Check all that apply.   $985.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65**
BYT TRUCKING LIMITED LIABILITY
COMPANY
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

As of the petition filing date, the claim is: Check all that apply.   $7,725.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66**
C&A TRANSPORTATION LLC
Sierra Finance
6080 Surety Drive
Suite 101
El Paseo, TX 75284

As of the petition filing date, the claim is: Check all that apply.   $2,650.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,950.00 |
|---|---|---|---|

C5 EXPEDITE
OTR Capital, LLC
PO Box 1175760
Atlanta, GA 30368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,600.00 |
|---|---|---|---|

C5 LOGISTICS
OTR Capital, LLC
PO Box 1175760
Atlanta, GA 30368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $574.00 |
|---|---|---|---|

Cajun Distribution Services Inc
600 St George Ave # E
New Orleans, LA 70121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $950.00 |
|---|---|---|---|

CAPITOL TRUCKING INC (BENSENVILLE)
TAB Bank
PO Box 150290
Ogden, UT 84415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,350.00 |
|---|---|---|---|

CARGOTRANS INTERNATIONAL CORP.
Crestmark
PO Box 682348
Franklin, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Cash Flow Financial, LLC
dba Greenback Capital
% John F. Adler, Registered Agent
2101 Cedar Springs Road, Suite 1050
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28,088.34 |
|---|---|---|---|

CBPK5 LP
PO Box 714506
Cincinnati, OH 45271-4506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,093.82 |
|---|---|---|---|

**3.74**

Nonpriority creditor's name and mailing address

Central Freight Lines
5935 Rivers Ave
Charleston, SC 29406

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$4,093.82

---

**3.75**

Nonpriority creditor's name and mailing address

CHAHAL BROTHERS CARRIER INC
1897 Oleander Avenue
Manteca, CA 95337

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,100.00

---

**3.76**

Nonpriority creditor's name and mailing address

CIA TRANSPORT INC
16050 W E Street
Kerman, CA 93630

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,700.00

---

**3.77**

Nonpriority creditor's name and mailing address

CINCINNATI FREIGHTWAYS INC
Crossroad Services LLC
PO Box 653076
Dallas, TX 75265

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$3,750.00

---

**3.78**

Nonpriority creditor's name and mailing address

CM XPRESS INC
11621 Clark Street #102
Arcadia, CA 91006

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$800.00

---

**3.79**

Nonpriority creditor's name and mailing address

COAST CONNECTION INC
2553 Edgington Street
Franklin Park, IL 60131

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$5,650.00

---

**3.80**

Nonpriority creditor's name and mailing address

COGENT COMMUNICATIONS INC
PO Box 791087
Baltimore, MD 21279-1087

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,227.00

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.81** Nonpriority creditor's name and mailing address

CONQUEROR TRANS
WEX Fleet One
PO BOX 94565
Cleveland, OH 44101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$2,300.00

---

**3.82** Nonpriority creditor's name and mailing address

CONTRACT FREIGHTERS, INC.
4701 East 32nd Street
Joplin, MO 64804

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$8,906.77

---

**3.83** Nonpriority creditor's name and mailing address

COY TRUCKING LLC
4221 Mountain View Drive
Corpus Christi, TX 78410

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,050.00

---

**3.84** Nonpriority creditor's name and mailing address

CR ENGLAND
4701 W 2100 S
Salt Lake City, UT 84120

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$7,132.37

---

**3.85** Nonpriority creditor's name and mailing address

CRH Transportation
% Joseph E. Rebman, Registered Agent
165 Meramec Avneue, Suite 310
Saint Louis, MO 63105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.86** Nonpriority creditor's name and mailing address

Cross Country Freight
PO BOX 88226
Milwaukee, WI 53288

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$97,440.53

---

**3.87** Nonpriority creditor's name and mailing address

Crown Equipment Corporation
PO Box 641173
Cincinnati, OH 45264-1173

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$241.09

**3.88**

**Nonpriority creditor's name and mailing address**
CRYSTAL TRANS INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,750.00

---

**3.89**

**Nonpriority creditor's name and mailing address**
D L K TRUCKING, INC.
5182 Hoover Ave
Plover, WI 54467

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,100.00

---

**3.90**

**Nonpriority creditor's name and mailing address**
D&E TRANSPORT, LLC
4141 150th Street NW
Clearwater, MN 55320

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,500.00

---

**3.91**

**Nonpriority creditor's name and mailing address**
Daniel A. Field
Two Park Avenue
New York, NY 10016

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.92**

**Nonpriority creditor's name and mailing address**
Dayton Freight Lines
PO Box 340
Vandallia, OH 45377

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$151,573.28

---

**3.93**

**Nonpriority creditor's name and mailing address**
Design Mechanical, Inc.
100 Greystone Ave
Kansas City, KS 66103

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,221.23

---

**3.94**

**Nonpriority creditor's name and mailing address**
DHILLON BROTHERS EXPRESS INC.
6632 E Parlier Ave
Fowler, CA 93625

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,666.00

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**3.95**

Nonpriority creditor's name and mailing address
DIAMOND TRUCKING LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☒ No ☐ Yes

$4,000.00

---

**3.96**

Nonpriority creditor's name and mailing address
DIAMONDBACK DELIVERY, INC.
7111 W 151st Street #223
Overland Park, KS 66223

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☒ No ☐ Yes

$2,111.77

---

**3.97**

Nonpriority creditor's name and mailing address
DINAR TRANSPORT INC
TBS Factoring Service
PO Box 248920
Oklahoma City, OK 73124-8920

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☒ No ☐ Yes

$2,600.00

---

**3.98**

Nonpriority creditor's name and mailing address
DIRECT DRIVE EXPRESS, INC.
11122 W Rogers Street
Milwaukee, WI 53227

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☒ No ☐ Yes

$1,550.00

---

**3.99**

Nonpriority creditor's name and mailing address
DIVINE BLISS LOGISTICS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☒ No ☐ Yes

$1,975.00

---

**3.100**

Nonpriority creditor's name and mailing address
DLH TRANSPORTATION INC
111 Earl Thompson Road
AYR ON N0B 1E0
Canda

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☒ No ☐ Yes

$3,200.00

---

**3.101**

Nonpriority creditor's name and mailing address
DMSE TRUCKING LLC
Phoenix Capital Group, LLC
PO Box1415
Des Moines, IA 50305

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☒ No ☐ Yes

$2,100.00

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,756.15 |
|---|---|---|---|

**3.102** Nonpriority creditor's name and mailing address

Dohrn Transfer Company
PO Box 83138
Chicago, IL 60691-0258

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $90,756.15

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

DONIYOR TRANSPORTATION INC
571 Selma Street
Philadelphia, PA 19116

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $3,750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

DRIVE SERVICES, LLC
eCapital Freight Factoring Corp. - Dalla
PO Box 206773
Dallas, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $1,350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address

DTC LOGISTICS INC
eCapital Freight Factoring Corp. - Dalla
PO Box 206773
Dallas, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $700.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

DYNAMAX LOGISTICS LLC
1004 East Hillside Road
Suite B
Laredo, TX 78041

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $41,137.73

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.107** Nonpriority creditor's name and mailing address

DYNAMIC DEDICATED LLC
15264 Newton Drive
Overland Park, KS 66223

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $3,425.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address

Dysart Taylor
PO Box 410044
Kansas City, MO 64141

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $5,557.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.109** | **Nonpriority creditor's name and mailing address**

E. F. CORPORATION
PO Box 62891
Baltimore, MD 21264

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$3,725.00

---

**3.110** | **Nonpriority creditor's name and mailing address**

EAGLE TRANS LLC
Premier Capital LTD
PO Box 825864
Philadelphia, PA 19182-5864

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$800.00

---

**3.111** | **Nonpriority creditor's name and mailing address**

EASYWAY EXPRESS INC
1825 Diesel Drive
Sacremento, CA 95838

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$8,275.00

---

**3.112** | **Nonpriority creditor's name and mailing address**

EDSON E HARTLEY
33389 E 697 Road
Wagoner, OK 74467

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,400.00

---

**3.113** | **Nonpriority creditor's name and mailing address**

EKV TRUCKING LLC
eCapital Freight Factoring Corp. - Dalla
PO Box 206773
Dallas, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$1,800.00

---

**3.114** | **Nonpriority creditor's name and mailing address**

ELITE FLEET TRUCKING LLC
11301 Meadowside Drive
St. Louis, MO 63146

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,400.00

---

**3.115** | **Nonpriority creditor's name and mailing address**

ELITE SD LLC
6561 Dutton Trail Drive SE
Dutton, MI 49316

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$4,905.00

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|

ELMAN LLC
Aladdin Financial
PO Box 1394
Sioux Falls, SD 57101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,450.00 |
|---|---|---|---|

ELOI TRANSPORT LIMITED LIABILITY
COMPANY
eCapital Freight Factoring Corp. - Dalla
PO Box 206773
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,700.00 |
|---|---|---|---|

ELVIN OMAR ZAVALA CRUZ
6503 Karenstone Drive
Charlotte, NC 28215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

EMCO TRANSPORTATION LLC
Crestmark
PO Box 682348
Franklin, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $880.00 |
|---|---|---|---|

ERIC J. MOEDER & ASSOCIATES, LLC
11011 Antioch Road, Suite 100
Overland Park, KS 66210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

ERIC ROBERTS TRUCKING
Love's Solutions, LLC
PO Box 96-0479
Oklahoma City, OK 73196

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $93,333.88 |
|---|---|---|---|

Estes Express Lines
PO Box 77003
Minneapolis, MN 55480-7703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,050.00 |
|---|---|---|---|

**3.123**

**Nonpriority creditor's name and mailing address**
EURO TRANSPORTATION CORP
APEX Capital Corp
PO Box 961029
Fort Worth, TX 76161

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,050.00

---

**3.124**

**Nonpriority creditor's name and mailing address**
Evergy
1200 Main Street
PO Box 219330
Kansas City, MO 64121

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,912.87

---

**3.125**

**Nonpriority creditor's name and mailing address**
EXPRESS 2000
164 NW Industrial Court
Bridgeton, MO 63044

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,019.89

---

**3.126**

**Nonpriority creditor's name and mailing address**
F Z R TRANSPORT INC
6003 Glen Rose Avenue
Bakersfield, CA 93313

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,800.00

---

**3.127**

**Nonpriority creditor's name and mailing address**
F2F TRANSPORT, LLC
1301 Riverfront Parkway
Suite 120
Chattanooga, TN 37402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,355.00

---

**3.128**

**Nonpriority creditor's name and mailing address**
FACE 2 FACE EXPRESS
405 Beamer Drive
Anderson, SC 29625

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,800.00

---

**3.129**

**Nonpriority creditor's name and mailing address**
FedEx
PO Box 94515
Palentine, IL 60094-4515

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,973.68

Case 23-20424    Doc# 1    Filed 04/19/23    Page 32 of 147

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.130**

Nonpriority creditor's name and mailing address

FedEx Economy
Dept CH
PO Box 10306
Palentine, IL 60055-0306

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$310,061.33

---

**3.131**

Nonpriority creditor's name and mailing address

FedEx Priority
Dept CH
PO Box 10306
Palentine, IL 60055-0306

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$199,870.90

---

**3.132**

Nonpriority creditor's name and mailing address

Ferrara Logistics LLC
1319 N Broad Street
Hillside, NJ 07205

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,700.00

---

**3.133**

Nonpriority creditor's name and mailing address

Ferrellgas
PO Box 173940
Denver, CO 80217

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$619.96

---

**3.134**

Nonpriority creditor's name and mailing address

FIRE TRANSPORT CORP
2821 South Kolin Avnue
Chicago, IL 60623

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,250.00

---

**3.135**

Nonpriority creditor's name and mailing address

First-Citizens Bank & Trust Co
CIT
21146 Network Place
Chicago, IL 60673-1211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$280.81

---

**3.136**

Nonpriority creditor's name and mailing address

FLAME-OUT Fire Extinguisher Co.
210 South Blake Street
Olathe, KS 66061

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,849.71

---

**3.137**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>FOCUS LOGISTICS, INC<br>2084 Nelms Pointe Landing<br>Lawrenceville, GA 30043 | $1,800.00 |

Name

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>Fortune Lines Inc.<br>ASSIST FINANCIAL SERVICES, INC<br>PO Box 347<br>Madison, SD 57042 | $1,450.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>Foulston Siefkin LLP<br>Attn:  Accounts Receivable<br>1551 N. Waterfront Parkway<br>Suite 100<br>Wichita, KS 67206 | $1,385.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.140**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>FP MAILING SOLUTIONS<br>FRANCOTYP-POSTALIA, INC.<br>PO Box 157<br>Bedford Park, IL 60499-0157 | $91.64 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>FR8BOY<br>7239 Pioneer Blvd #521<br>Lincoln, NE 68506 | $16,450.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>FREIGHT ENTERPRISES CORP.<br>25505 West Rock Drive<br>Plainfield, IL 60586 | $1,150.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>FREIGHT MASTER TRANS LLC<br>Saint John Capital Corporation<br>PO Box 74007671<br>Chicago, IL 60674 | $1,450.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

FREIGHT MOVERS TRANSPORTATION LLC
Love's Solutions, LLC - Cincinnati
PO Box 639565
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|---|

FREIGHT SOLUTION SERVICES INC
Orange Commercial Credit
PO Box 11099
Olympia, WA 98508

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,190.00 |
|---|---|---|---|

FreightSnap, LLC
8045 Bond Street
Lenexa, KS 66214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

FREIGHTX LOGISTICS INC
2535 Spartina Lane
Naperville, IL 60564

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|---|

FUREX INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $116,489.37 |
|---|---|---|---|

G T Sales & Manufacturing
dba G T Midwest
405 East 14th Avenue
Kansas City, MO 64116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,250.00 |
|---|---|---|---|

G TOLY TRUCKING INC
320 Souht Berry Street
Centralia, WA 98531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,950.00 |
|---|---|---|---|
| | GALOL TRUCKING LLC<br>Triumph Business Capital<br>PO Box 610028<br>Dallas, TX 75261 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,450.00 |
|---|---|---|---|
| | GARASEY SERVICES LLC<br>Triumph Business Capital<br>PO Box 610028<br>Dallas, TX 75261 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $450.00 |
|---|---|---|---|
| | GARRITY TRANSPORT<br>Transport Factoring, Inc<br>PO Box 167648<br>Irving, TX 75016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,900.00 |
|---|---|---|---|
| | GERBER TRANSFER LLC<br>12601 Kaw Drive<br>Suite B<br>Bonner Springs, KS 66012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,350.00 |
|---|---|---|---|
| | GHUMAN TRUCKING INC.<br>12536 Great Park Circle<br>Apt 202<br>Germantown, MD 20876 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,875.00 |
|---|---|---|---|
| | GINGRICH FARMS TRANSPORT LLC.<br>300 E Wadsworth Road<br>Bad Axe, MI 48413 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,500.00 |
|---|---|---|---|
| | GIVE2GET, INC<br>Pro Funding, Inc.<br>DEPT, #3045<br>PO Box 1000<br>Downtown Memphis, TN 38148 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00

Globex Transport Inc
Crestmark
PO Box 682348
Franklin, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,550.00

GOLD STAR TRANSPORT INC
Crestmark
PO Box 682348
Franklin, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00

GP TRANSPORTATION CO
3200 Channahon Road
Joliet, IL 60436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00

GREAT CONNECTIONS INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.00

GREAT LAKES TRUCKING MI INC
Crestmark
PO Box 682348
Franklin, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00

GREAT TRANSPORT LIMITED
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Greenback Capital
2101 Cedar Springs Road
Dallas, TX 75021

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Trade Dept

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,400.00 |
|-------|--------|--------|--------|
| | GREGPOL EXPRESS INC<br>Freight Factoring Specialists LLC<br>Dept 10010<br>PO Box 31792<br>Tampa, FL 33631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $750.00 |
|-------|--------|--------|--------|
| | GUR NANAK FREIGHT INC<br>RTS Financial Service, Inc.<br>PO Box 840267<br>Dallas, TX 33631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,950.00 |
|-------|--------|--------|--------|
| | Guya Transport LLC<br>RTS Financial Service, Inc.<br>PO Box 840267<br>Dallas, TX 33631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,600.00 |
|-------|--------|--------|--------|
| | H & S TRANSPORT LLC<br>5728 North Broadway<br>Suite B<br>Kansas City, MO 64118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,541.50 |
|-------|--------|--------|--------|
| | HAILEYS TRANSPORT<br>10073 West Mariposa Street<br>Phoenix, AZ 85037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,000.00 |
|-------|--------|--------|--------|
| | HALAWA TRUCKING LLC<br>Steelhead Financial<br>3518 Heathrow Way<br>Medford, OR 97504 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,800.00 |
|-------|--------|--------|--------|
| | HALOL TRANSPORT LLC<br>Saint John Capital Corporation<br>PO Box 74007671<br>Chicago, IL 60674 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $700.00 |
|---|---|---|---|

HARGUN FREIGHT LINES
3900 Horner Street # 128
Union City, CA 94587

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,350.00 |
|---|---|---|---|

Harshman Enterprises LLC
155 Carriage Station Circle
Roswell, GA 30075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,850.00 |
|---|---|---|---|

HEAVEN GROUP TRANSPORTATION LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,900.00 |
|---|---|---|---|

HH LOGISTICS LLC
OTR Capital, LLC
PO Box 1175760
Atlanta, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,475.00 |
|---|---|---|---|

HIGHBOOST CORP
1101 Windham Pkwy
Romeoville, IL 60446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,850.00 |
|---|---|---|---|

HIKAM TRANSPORTATION LLC
4694 CEMETERY RD STE 323
Hilliard, OH 43026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $750.00 |
|---|---|---|---|

HILL BROTHERS
7850 I STREET
Omaha, NE 68127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.179** Nonpriority creditor's name and mailing address

HIRA TRANSPORT INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$1,100.00

---

**3.180** Nonpriority creditor's name and mailing address

HOLLAM GLOBAL LOGISTICS LLC
TBS Factoring Service
PO Box 248920
Oklahoma City, OK 68127

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$3,500.00

---

**3.181** Nonpriority creditor's name and mailing address

Holland Freight
USF HOLLAND INC.
27052 NETWORK PLACE
Chicago, IL 60673-1270

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$57,599.51

---

**3.182** Nonpriority creditor's name and mailing address

HOMER EXPRESS LLC
Financial Carrier Services, Inc.
PO Box 151052
Ogden, UT 84415

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$1,300.00

---

**3.183** Nonpriority creditor's name and mailing address

HOREB TRANSPORT LLC
Phoenix Capital Group, LLC
PO Box 1415
Des Moines, IA 50305

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$1,900.00

---

**3.184** Nonpriority creditor's name and mailing address

I & I TRANSPORT LLC
20688 KEYSTONE AVE UNIT D
Lakeville, MN 55044

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.185** Nonpriority creditor's name and mailing address

I LOVE TRANSPORT LLC
8602 PUERTO ANGEL
Laredo, TX 78045

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,475.00

---

| | |
|---|---|
| **3.186** | |

**Nonpriority creditor's name and mailing address**
Name
IBY TRANSPORT INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?** ■ No ☐ Yes

$3,000.00

---

**3.187**

**Nonpriority creditor's name and mailing address**
IC LOGISTIC CORP
Phoenix Capital Group, LLC
PO Box 1415
Des Moines, IA 50305

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?** ■ No ☐ Yes

$2,400.00

---

**3.188**

**Nonpriority creditor's name and mailing address**
ICD FREIGHT INC
13202 W 98TH ST
Lenexa, KS 66215

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?** ■ No ☐ Yes

$1,900.00

---

**3.189**

**Nonpriority creditor's name and mailing address**
IKAMAL INC
Saint John Capital Corporation
PO Box 74007671
Chicago Loop, IL 60674

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?** ■ No ☐ Yes

$1,600.00

---

**3.190**

**Nonpriority creditor's name and mailing address**
IMAGING CONCEPTS
PO Box 860024
Shawnee, KS 66286-0024

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?** ■ No ☐ Yes

$158.74

---

**3.191**

**Nonpriority creditor's name and mailing address**
INFINITE SERVICES INC
Treadstone US Capital, LLC
PO Box 32160
Dept #128
Louisville, KY 40232

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?** ■ No ☐ Yes

$4,530.00

---

**3.192**

**Nonpriority creditor's name and mailing address**
Intellys Corporation
621 College Street
Grapevine, TX 76051

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?** ■ No ☐ Yes

$11,550.14

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $650.00 |

**Nonpriority creditor's name and mailing address**
INTRA-NATIONAL TRANSPORTATION
SERVICES L
Revolution Capital
PO Box 741791
Los Angeles, CA 90074

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$650.00

---

**3.194**
**Nonpriority creditor's name and mailing address**
JASMA LLC
TransAm Financial Services (TAFS)
PO Box 872632
Kansas City, MO 64187

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,900.00

---

**3.195**
**Nonpriority creditor's name and mailing address**
JASPREET SINGH
TCI Capital
PO Box 9149
Minneapolis, MN 55480

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$800.00

---

**3.196**
**Nonpriority creditor's name and mailing address**
JASSO LOGISTICS INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,900.00

---

**3.197**
**Nonpriority creditor's name and mailing address**
JBS TRANSPORTATION LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.198**
**Nonpriority creditor's name and mailing address**
JCC TRANSPORT
295 Naples Street
Mendota, CA 93640

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,100.00

---

**3.199**
**Nonpriority creditor's name and mailing address**
JEREL SANDUSKY
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,700.00

---

| Debtor | Priority Logistics Inc. | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

---

**3.200** Nonpriority creditor's name and mailing address

JF TRANSPORT INC
3414 Moylan Drive
Bowie, MD 20415

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

**3.201** Nonpriority creditor's name and mailing address

JIMLA EXPRESS LLC
APEX Capital Corp
PO Box 961029
Fort Worth, TX 76161

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,100.00

---

**3.202** Nonpriority creditor's name and mailing address

JJB LOGISTICS INC
1203 ABBOTT AVE
Lehigh Acres, FL 33972

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.203** Nonpriority creditor's name and mailing address

JMD CARRIERS INC
TCI Capital
PO Box 9149
Minneapolis, MN 55480

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,650.00

---

**3.204** Nonpriority creditor's name and mailing address

JOLLY MAN LOGISTICS INC
24680 SANTA CLARA ST
Hayward, CA 94544

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$11,900.00

---

**3.205** Nonpriority creditor's name and mailing address

JULMIS LOGISTICS INC
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,250.00

---

**3.206** Nonpriority creditor's name and mailing address

KABA & SONS LLC
917 BELAIR AVE
Reading, PA 19607

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,200.00

---

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.207** Nonpriority creditor's name and mailing address
KAWA COURIERS LLC
TAFS, Inc
PO Box 872632
Kansas City, MO 64187

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.208** Nonpriority creditor's name and mailing address
KEANE THUMMEL TRUCKING, INC.
419 MAIN STREET
New Market, IA 51646

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$3,600.00

---

**3.209** Nonpriority creditor's name and mailing address
KIDD EXPRESS, LLC
2810 CROSSROADS DRIVE
SUITE 4000
Madison, WI 53718

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$4,300.00

---

**3.210** Nonpriority creditor's name and mailing address
Kingdom Capital
% Gene Rosen
200 Garden City Plaza, Suite 405
Garden City, NY 11530

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ☐ No ☐ Yes

$260,000.00

---

**3.211** Nonpriority creditor's name and mailing address
KLF TRANSPORT INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$10,400.00

---

**3.212** Nonpriority creditor's name and mailing address
KRUK TRANSPORTATION INC
APEX Capital Corp
PO Box 961029
Fort Worth, TX 76161

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

**3.213** Nonpriority creditor's name and mailing address
KSK TRANSPORT INC.
429 PLEASANT DRIVE
Schaumburg, IL 60193

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00

LA FRECCE CARRIER CORP
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,375.00

LAPOLA TRANSPORT INC
Asteria Corp
PO Box 911
Burbank, CA 91503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00

LAS TRUCKING LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,795.00

LEGACY FASTENERS LLC
5710 TECHNICAL DR
Popular Bluff, MO 63901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00

LEGACY FREIGHT LINES
Sierra Finance
6080 Surety Drive
Suite 101
El Paseo, TX 79905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00

LEGACY FREIGHT SERVICE LLC
TBS Factoring Service
PO Box 210513
Kansas City, MO 64121-0513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00

LEGERITY TRUCKING LLC
7900 E 17TH STREET
Kansas City, MO 64126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $1,950.00 |
|---|---|---|---|---|

LEX LEX EXPRESS INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.222 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $3,425.00 |
|---|---|---|---|---|

LIMITLESS FREIGHT INC
13027 VICTORY BLVD
APT 183
North Hollywood, CA 91606-2925

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.223 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $7,050.00 |
|---|---|---|---|---|

LOAD EXPRESS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $4,991.48 |
|---|---|---|---|---|

LOGISTIK Xpress LLC.
7917 McPherson Rd
Suite 205 #235
Laredo, TX 78045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $1,500.00 |
|---|---|---|---|---|

LOLA TRUCKING INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.226 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $6,900.00 |
|---|---|---|---|---|

LONGHAUL TRUCKING INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.227 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $2,000.00 |
|---|---|---|---|---|

LOOTEN LOGISTICS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

**3.228**

**Nonpriority creditor's name and mailing address**
LT Delivery Inc
7163 SW Karen Road
Trimble, MO 64492

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$9,954.00

---

**3.229**

**Nonpriority creditor's name and mailing address**
LUKAS CARGO SYSTEMS LLC
Orange Commercial Credit
PO Box 11099
Olympia, WA 98508

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,250.00

---

**3.230**

**Nonpriority creditor's name and mailing address**
M&R TRUCKING LLC
100 TOWERVIEW DR
Versailles, MO 65084

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,100.00

---

**3.231**

**Nonpriority creditor's name and mailing address**
Magnum Logistics
Magnum Development & Construction,LLC
107 Tanya
Cabot, AR 72023

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$6,658.64

---

**3.232**

**Nonpriority creditor's name and mailing address**
Markival, LLC
14902. Preston Road #404-407
Dallas, TX 75254

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,829.00

---

**3.233**

**Nonpriority creditor's name and mailing address**
MARTZ TRUCKING INC
36370 ROCKVILLE RD
Louisville, KY 66053

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.234**

**Nonpriority creditor's name and mailing address**
MATAMOROS TRUCKS LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,450.00

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,050.00 |
|---|---|---|---|
| | MAXX TRANS LLC<br>ENGLAND CARRIER SERVICES<br>PO Box 953086<br>St. Louis, MO 63195 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,315.00 |
|---|---|---|---|
| | MCK LOGISTICS LLC<br>TRANSWEST CAPITAL, INC<br>Dept 3381<br>PO Box 123381<br>Dallas, TX 75312 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,600.00 |
|---|---|---|---|
| | MCR TRANSPORT SERVICES LLC<br>BOBTAIL CAPITAL, INC.<br>PO Box 932119<br>Atlanta, GA 31193 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,500.00 |
|---|---|---|---|
| | MDJ EXPRESS INC<br>Next Day Funding Inc<br>21000 Torrence AVE<br>Chicago Heights, IL 60411 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,075.00 |
|---|---|---|---|
| | MEDALLION TRANSPORT & LOGISTICS LLC<br>701 EAST GATE DRIVE STE 110<br>Mount Laurel, NJ 08054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,650.00 |
|---|---|---|---|
| | MELODY TRANSPORTATION INC<br>eCapital Freight Factoring Corp. - Dalla<br>PO Box 206773<br>Dallas, TX 75320 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,902.69 |
|---|---|---|---|
| | MELTON TRUCK LINES INC<br>PO BOX 268946<br>Central Oklahoma City, OK 73126 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.242**

**Nonpriority creditor's name and mailing address**

MERCATOR GLOBAL LOGISTICS LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$3,200.00

---

**3.243**

**Nonpriority creditor's name and mailing address**

MEROBE LOGISTICS
TBS Factoring Service, LLC
PO Box 248920
Central Oklahoma City, OK 73124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,950.00

---

**3.244**

**Nonpriority creditor's name and mailing address**

MERON ENTERPRISES INC
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$3,450.00

---

**3.245**

**Nonpriority creditor's name and mailing address**

MESILLA VALLEY TRANSPORTATION
PO BOX 674364
Dallas, TX 75267-4364

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$70,781.47

---

**3.246**

**Nonpriority creditor's name and mailing address**

MGR FREIGHT SYSTEM, INC
500 WEST PLAINFIELD ROAD
La Grange, IL 60525

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,950.00

---

**3.247**

**Nonpriority creditor's name and mailing address**

MICAR EXPRESS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,590.00

---

**3.248**

**Nonpriority creditor's name and mailing address**

MIDWEST FREIGHT SYSTEMS CORP
21900 HOOVER RD
Warren, MI 48089

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,250.00

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $97,449.77 |

Midwest Motor Express
PO Box 1496
Bismark, ND 58502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $600.00 |

MILE AFTER MILE LLC
CT Cash LLC
Dept 2189
PO Box 122189
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,950.00 |

MIT FREIGHT, INC.
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,300.00 |

MJ FREIGHT LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,800.00 |

MK LOGISTICS LLC
2841 N WATSON RD STE 257
Arlington, TX 76006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,480.00 |

MKSEAL TRUCKING LLC
eCapital Freight Factoring Corp. - Dalla
PO Box 206773
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $925.00 |

MM GLOBAL ENTERPRISES LLC
ASSIST FINANCIAL SERVICES, INC
PO Box 347
Madison, SD 57042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,750.00 |
|---|---|---|---|

MN CARRIER LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,900.00 |
|---|---|---|---|

MNALAN TRUCKING CORP
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

MNG TRANSPORTATION INC
404 S CEDARCREST DR
Schaumburg, IL 60193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

MNK LOGISTICS LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|

MS EXPRESS INC
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,800.00 |
|---|---|---|---|

MSC Transportation Corp
Firstline Funding Group
PO Box 328
Madison, SD 57042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

MTM TRANSPORTS LLC
3057 EQUESTRIAN CT
Bowling Green, KY 42104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**3.263** Nonpriority creditor's name and mailing address
MTY TRANSPORTATION LLC
3838 RHOTEN DR
Sterling Heights, MI 48310

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$2,100.00

---

**3.264** Nonpriority creditor's name and mailing address
MULTIPLE SERVICES EQUIPMENT CO.
1124 HOWELL ST
Kansas City, MO 64116

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$152.74

---

**3.265** Nonpriority creditor's name and mailing address
MUSIC CITY LOGISTICS EXPRESS INC
1420 TOSHIBA DRIVE SUITE C
Lebanon, TN 37087

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$3,150.00

---

**3.266** Nonpriority creditor's name and mailing address
NATION LINK TRANSPORT, INC
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$2,000.00

---

**3.267** Nonpriority creditor's name and mailing address
NATIONWIDE TRANSPORTATION AND
LOGISTICS
PO Box 3190
Shawnee, KS 66203

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$45,381.75

---

**3.268** Nonpriority creditor's name and mailing address
NATURAL GAS LOGISTICS INC
Greenpath Logistics
10733 Spangler Rd.
Dallas, TX 75220

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$21,280.59

---

**3.269** Nonpriority creditor's name and mailing address
NCA TRANSPORT, INC
1625 HOLLY AVE
Darien, IL 60561

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$1,950.00

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $541.04 |
|---|---|---|---|

NECCO Coffee
4300 Belgium Boulevard
Suite 100
Riverside, MO 64150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,052.85 |
|---|---|---|---|

New Penn
501 Commerce Street
Suite 1120
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,950.00 |
|---|---|---|---|

NEW TIME LOGISTICS INC.
Crossroad Services LLC
PO Box 653076
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

NEXTLINE TRANSPORTATION INC
5700 TENNYSON PKWY
STE 300
Plano, TX 75024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,475.00 |
|---|---|---|---|

NOBLE LOGISTICS INC.
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

NORTH WAY EXPRESS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

NTA TRUCKING INC
NU-KO Capital
PO Box 150884
Ogden, UT 84415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,000.00 |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|------------|
| | NTL TRUCK LINE INC<br>RTS Financial Service, Inc.<br>PO Box 840267<br>Dallas, TX 33631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,000.00 |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|------------|
| | O P TRUCKING LLC<br>2305 14TH ST<br>Emmetsburg, IA 50536-1872 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $324.70 |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|------------|
| | Office Depot, Inc.<br>PO BOX 660113<br>Dallas, TX 75266-0113 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $283,260.08 |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|------------|
| | Old Dominion Freight Line<br>500 Old Dominion Way<br>Thomasville, NC 27360 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,200.00 |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|------------|
| | OLYMPIC TRANSFER CORP.<br>Crestmark<br>PO Box 682348<br>Franklin, TN 37068 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,000.00 |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|------------|
| | ONKAR TRUCKING LLC<br>13323 W 129th St<br>Overland Park, KS 66213 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,114.00 |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|------------|
| | Oracle NetSuite<br>Oracle America, Inc.<br>Bank of America Lockbox Services<br>15612 Collections Center Drive<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,950.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
OSKAR EX INCORPORATED
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | | $1,800.00 |
|---|---|---|---|

P AND P TRUCKING LLC
408 MERRY OAKS RD
Streamwood, IL 60107

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | | $1,650.00 |
|---|---|---|---|

P&B LOGISTICS INC
14302 S 81ST COURT
Orland Park, IL 60462

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | | $1,188,309.59 |
|---|---|---|---|

P.A.M. TRANSPORT, INC.
HIGHWAY 412 WEST
Tontitown, AR 72770

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | | $1,350.00 |
|---|---|---|---|

PABLO ALBERTO MORALES
Thunder Funding
Dept. # 3003
PO Box 1000
Carlsbad, TN 38148

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | | $50.00 |
|---|---|---|---|

PACIFIC FINANCIAL ASSOCIATION, INC.
c/o Federal Service Company
1606 W. WHISPERING WIND DR
Phoenix, AZ 85085

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | | $3,200.00 |
|---|---|---|---|

PAM INTERNATIONAL INC
CD Consortium Corporation
8930 Waukegan Rd
Suite 230
Morton Grove, IL 60053

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $212.22

Panama Transfer
HIGHWAY 412 WEST
Tontitown, AR 72770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00

PANTERA TRUCKING LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00

PARTNER FR8 TRUCKING LLC
Third Coast Commercial Capital, Inc
PO Box 14887
Humble, TX 77347-4887

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,124.22

Paseo Industrial LLC (Block)
4622 Pennsylvania Avenue
Suite 700
Kansas City, MO 64112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $800.00

PDM TRANSPORTATION,  INC.
16016 SLOVER AVE
Fontana, CA 92337

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,100.00

PELOTON EXPRESS, INC.
Commercial Funding Inc.
PO BOX 207527
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00

Performance Breakthrough
758 Fillmore Court
Paramus, NJ 07652

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,808.70 |
|-------|-------------------------------------------------|---------------------------------------------------------------------|-----------|

**3.298** Nonpriority creditor's name and mailing address
Pilot Freight Services
PO Box 654058
Dallas Downtown Historic District, TX 75265

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,808.70

---

**3.299** Nonpriority creditor's name and mailing address
PITT OHIO
15 27TH ST
Pittsburg, PA 15222

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$827.72

---

**3.300** Nonpriority creditor's name and mailing address
PITT OHIO EXPRESS
PO BOX 643271
Pittsburg, PA 15264-3271

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$316.37

---

**3.301** Nonpriority creditor's name and mailing address
PKD EXPRESS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,750.00

---

**3.302** Nonpriority creditor's name and mailing address
PLANA TRANSPORTATION INC
TCI Capital
PO Box 9149
Minneapolis, MN 55480

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,100.00

---

**3.303** Nonpriority creditor's name and mailing address
PLANET LOGISTICS INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,700.00

---

**3.304** Nonpriority creditor's name and mailing address
Polo Coronado Trucking / Leopaldo Corona
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$900.00

---

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.305** Nonpriority creditor's name and mailing address
Presto-X
PO Box 740608
Cincinnati, OH 45274-0608

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,925.59

---

**3.306** Nonpriority creditor's name and mailing address
PRICE TRUCK LINE
PO Box 88226
Milwaukee, WI 53288

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$5,494.33

---

**3.307** Nonpriority creditor's name and mailing address
PRIME SOURCE TRUCKING INC.
612 B W 5TH AVE NAPERVILLE
Naperville, IL 60563

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.308** Nonpriority creditor's name and mailing address
PRO STAR LOGISTIC INC
Saint John Capital Corporation
PO Box 74007671
Chicago Loop, IL 60674

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,650.00

---

**3.309** Nonpriority creditor's name and mailing address
Professional Freight Services, Inc.
13761 Saint Charles Rock
Suite 125
Bridgeton, MO 63044

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.310** Nonpriority creditor's name and mailing address
Progress Freight
596360 HWY 59 N
Traviston
ON
NOB2RO, Canda

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.311** Nonpriority creditor's name and mailing address
PUNIA EXPRESS INC
16494 W 132ND CT
Lenexa, KS 66062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

$9,000.00

---

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,400.00**

Q-Y TRANSPORTATION
2440 N HAZELWOOD CT
Wichia, KS 67205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,250.00**

QUICK FREIGHT LOGISTICS INC
CD Consortium Corporation
8930 Waukegan Rd
Suite 230
Morton Grove, IL 60053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,350.00**

R & M TRANSPORT LOGISTIC INC
Express Freight Finance
PO Box 6188
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,069,505.53**

R&L Carriers
PO BOX 10020
Port Williams, OH 45164-2000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,750.00**

RAINIER TRANSPORTATION INC
Orange Commercial Credit
PO Box 11099
Olympia, WA 98508

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,087.12**

Ramon Inc. d.b.a. Ramon Int'l Insurance
19495 Biscayne Blvd Suite #708
Miami, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,700.00**

RAVEILL TRUCKING INC.
20982 STATE HWY 210
McGregor, MN 55760

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,250.00 |
|---|---|---|---|

**3.319**

Nonpriority creditor's name and mailing address
RD EXPEDITED INC
500 W PLAINFIELD ROAD STE 300
Indian Head Park, IL 60525

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$5,250.00

---

**3.320**

Nonpriority creditor's name and mailing address
RDS Equipment, Inc.
3415 S. Blue Ridge Cutoff
Independence, MO 64055

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$4,052.83

---

**3.321**

Nonpriority creditor's name and mailing address
RDX, LLC
4590 AMERICAN WAY
Memphis, TN 38118

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,250.00

---

**3.322**

Nonpriority creditor's name and mailing address
RECHE CANYON XPRESS INC
3005 MICHELLE DR
Colton, CA 92324

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$850.00

---

**3.323**

Nonpriority creditor's name and mailing address
REDAS, INC
Next Day Funding Inc
21000 Torrence AVE
Chicago Heights, IL 60411

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,700.00

---

**3.324**

Nonpriority creditor's name and mailing address
Reddaway Trucking
USF REDDAWAY
26401 Network Place
Chicago, IL 60673

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$14,637.04

---

**3.325**

Nonpriority creditor's name and mailing address
RELAXED LOGISTICS LLC
3226 GREENBROOK CT
Columbus, OH 43224

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,850.00

---

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.326** | Nonpriority creditor's name and mailing address

RELY TRANSPORT INC
1441 Richards Ave
Downers Grove, Il 60516

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.327** | Nonpriority creditor's name and mailing address

RHINO TRANSPORTATION, LLC
3800 CRENSHAW RD
Lot 3
Westumpka, AL 36092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.328** | Nonpriority creditor's name and mailing address

RIVER CITY TRANSPORT, INC.
1050 OPPORTUNITY DR
#130
Roseville, CA 95678

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$6,575.00

---

**3.329** | Nonpriority creditor's name and mailing address

RIVERSIDE TRANSPORT, INC.
5400 KANSAS AVE
Kansas City, KS 66106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$37,550.00

---

**3.330** | Nonpriority creditor's name and mailing address

Roadrunner Transportation Systems
P.O Box 74857
Chicago, IL 60694-4857

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,128.20

---

**3.331** | Nonpriority creditor's name and mailing address

ROCK SOLID LOGISTICS INC
JD Factors (Chicago)
PO Box 687
Wheaton, IL 60187

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.332** | Nonpriority creditor's name and mailing address

ROCKETLINE CARRIER SERVICES LLC
APEX Capital Corp
PO Box 961029
Fort Worth, TX 76161

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $895.00 |
|---|---|---|---|
| | RODERICK TRANSPORT LLC<br>TAFS, Inc.<br>PO Box 872632<br>Kansas City, MO 64187 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,950.00 |
|---|---|---|---|
| | RTF EXPRESS INC<br>11622 Darsley Dr.<br>Fishers, IN 46037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00 |
|---|---|---|---|
| | RUTA EXPRESS INC<br>742 Stockley Rd<br>Downers Grove, IL 60516 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,800.00 |
|---|---|---|---|
| | SAFE WAY CARRIER LLC<br>APEX Capital Corp<br>PO Box 961029<br>Fort Worth, TX 76161 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $96,798.97 |
|---|---|---|---|
| | SAIA LTL Freight<br>PO Box 730532<br>Dallas, TX 75373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,950.00 |
|---|---|---|---|
| | SCOTLYNN USA DIVISION INC.<br>9597 Gulf Research Lane<br>Fort Myers, FL 33912 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $800.00 |
|---|---|---|---|
| | SEC FREIGHT LINES LLC<br>TAFS, Inc<br>PO Box 872632<br>Kansas City, MO 64187 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.340 | **Nonpriority creditor's name and mailing address**<br>Select Dedicated Solutions<br>PO Box 208605<br>Dallas, TX 75320 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,094.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 | **Nonpriority creditor's name and mailing address**<br>SELECTIVE EXPRESS, INC.<br>Power Funding, LTD<br>PO Box 111<br>Fort Worth, TX 76101 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.342 | **Nonpriority creditor's name and mailing address**<br>Seven Seas Insurance Company, Inc.<br>501 Avenue<br>Riviera Beach, FL 33404 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,570.20 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 | **Nonpriority creditor's name and mailing address**<br>SEVEN SONS TRUCKING LLC<br>RTS Financial Service, Inc.<br>PO Box 840267<br>Dallas, TX 75284 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,900.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.344 | **Nonpriority creditor's name and mailing address**<br>SIA EXPRESS LLC<br>Engaged Financial LLC<br>PO Box 775553<br>Chicago, IL 60677 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,875.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.345 | **Nonpriority creditor's name and mailing address**<br>SIBIC TRUCKING LLC<br>12032 Tesson Ferry Rd.<br>#104<br>St. Louis, MO 63128 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,250.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.346 | **Nonpriority creditor's name and mailing address**<br>SIDHU TRUCKING<br>RTS Financial Service, Inc.<br>PO Box 840267<br>Dallas, TX 75284 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,450.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.347** | **Nonpriority creditor's name and mailing address**

Silverarch Transportation Inc
7328 Summerview Manor Ln
St. Louis, MO 63129

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Trade Debt _

Is the claim subject to offset? ■ No ☐ Yes

$2,700.00

---

**3.348** | **Nonpriority creditor's name and mailing address**

SINAI EXPRESS LLC
349 Evie Brittain Ct
Wellford, SC 29385

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Trade Debt _

Is the claim subject to offset? ■ No ☐ Yes

$8,100.00

---

**3.349** | **Nonpriority creditor's name and mailing address**

SINGH AND SINGH TRANSPORT LLC
5865 Central Avenue
Newark, CA 94560

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Trade Debt _

Is the claim subject to offset? ■ No ☐ Yes

$700.00

---

**3.350** | **Nonpriority creditor's name and mailing address**

SMC3
PO Box 2040
Peachtree City, GA 30269

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Trade Debt _

Is the claim subject to offset? ■ No ☐ Yes

$29,047.50

---

**3.351** | **Nonpriority creditor's name and mailing address**

SMH Trucking LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284-0267

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Trade Debt _

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

**3.352** | **Nonpriority creditor's name and mailing address**

SOS TRUCKING SERVICES LLC
Financial Carrier Services, Inc.
PO Box 151052
Ogden, UT 84415

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Trade Debt _

Is the claim subject to offset? ■ No ☐ Yes

$3,850.00

---

**3.353** | **Nonpriority creditor's name and mailing address**

Southeastern Freight Lines
PO Box 100104
Columbia, SC 29202-3104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Trade Debt _

Is the claim subject to offset? ■ No ☐ Yes

$489.04

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,275.00 |
|---|---|---|---|

SP EXPRESS LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,200.00 |
|---|---|---|---|

SPEED FREIGHT INC
Financial Carrier Services, Inc.
PO Box 151052
Ogden, UT 84415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,850.00 |
|---|---|---|---|

SS BAJWA TRANSPORT INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,100.00 |
|---|---|---|---|

STANDARD HAULING LLC
199 Ridgeview Circle
Duncan, SC 29334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.00 |
|---|---|---|---|

STAR PLASTICS & LOGISTICS SERVICES LLC
13100 Wortham Center Dr
Ste. 314
Houston, TX 77065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
|---|---|---|---|

STATEWIDE LOGISTICS INC
1009 N. Pacific Ave St. 4504
Glendale, CA 91202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

STEADY TRUCKN LOGISTICS LLC
4002 Lake Cypress Cir
Houston, TX 77068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.361** Nonpriority creditor's name and mailing address

Suddath Van Lines
815 SOuth Main Street
Jacksonville, FL 32207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$9,385.00

---

**3.362** Nonpriority creditor's name and mailing address

SUNLIGHT LOGISTICS INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,400.00

---

**3.363** Nonpriority creditor's name and mailing address

SUPERION INC
120 Oak Hill Dr
Wood Dale, IL 60191

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,600.00

---

**3.364** Nonpriority creditor's name and mailing address

Sutton Transport
PO box 78425
Milwaukee, WI 53278-8425

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$14,006.37

---

**3.365** Nonpriority creditor's name and mailing address

SYSTEMAIR
10048 Industrial Blvd.
Lenexa, KS 66215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.366** Nonpriority creditor's name and mailing address

T. S. EXPEDITING SERVICES, INC.
27681 Cummins Road
Millbury, OH 43447

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

**3.367** Nonpriority creditor's name and mailing address

TERGLAU INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,950.00

---

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Tforce Logistics, Inc.
% Corporation Service Company
2900 SW Wanamaker Drive, Suite 204
Topeka, KS 66614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $256.00 |
|---|---|---|---|

THE HANDOVER INSURANCE GROUP
PO BOX 580045
Charlotte, NC 28258-0045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $850.00 |
|---|---|---|---|

THUNDERSTONE LOGISTICS LLC
650 W. Highway 60
Monett, MO 65708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Tiger Capital Group, LLC
60 States Street
Floor 11
Boston, MA 02109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,250.00 |
|---|---|---|---|

TIGER LOGISTICS
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,400.00 |
|---|---|---|---|

TIGON LOGISTICS INC
Crestmark
PO Box 682348
Franklin, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,000.00 |
|---|---|---|---|

TIGRIS TRUCKING LLC
9746 Wind Dancers
San Antonio, TX 78251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.375**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $1,175.00

TIME LOGISTICS INC
JD Factors
PO Box 687
Wheaton, IL 60187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _      **Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.376**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      Unknown

Time Nolan
13114 West 127th Terrace
Overland Park, KS 66213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _      **Basis for the claim:** _Lease_

**Last 4 digits of account number** _      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.377**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $137.01

TIME WARNER CABLE
PO Box 1104
Carol Stream, IL 60132-1104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _      **Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.378**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $900.00

TIMELINE TRANSPORTATION INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _      **Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.379**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $2,250.00

TIRANA TRANSPORTATION INC
765 W. St. Johns Pl
Addison, Il 6010-3268

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _      **Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.380**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $5,000.00

TITAN TRANS LOGISTICS INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _      **Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.381**  **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      $4,750.00

TJ GOODS CARRIER INC
606 Nicole Drive
Apt. B
Greenwood, IN 46143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _      **Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _      Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**3.382**

Nonpriority creditor's name and mailing address
TMS TRANSPORT SOLUTIONS INC
APEX Capital Corp
PO Box 961029
Fort Worth, TX 76161

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.383**

Nonpriority creditor's name and mailing address
TOMMY STAGGS
Firstline Funding Group
PO Box 328
Madison, SD 57042

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.384**

Nonpriority creditor's name and mailing address
TONGDA TRUCKING INC
12986 4th St
Unit B
Chino, CA 91710-3448

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.00**

---

**3.385**

Nonpriority creditor's name and mailing address
TOP TRUCKING INC
Saint John Capital Corporation
PO Box 74007671
Chicago, IL 60674

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$1,900.00**

---

**3.386**

Nonpriority creditor's name and mailing address
TORRES TRANSPORT LLC
TBS Factoring Service, LLC
PO Box 248920
Central Oklahoma City, OK 73124

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.387**

Nonpriority creditor's name and mailing address
TOTAL SOLUTION SERVICE LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$1,900.00**

---

**3.388**

Nonpriority creditor's name and mailing address
Trade Carriers, LLC
2100 W. Jackson Rd
Hidalgo, TX 78557

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$3,250.00**

---

| 3.389 | **Nonpriority creditor's name and mailing address**<br>TRANS LINE LLC<br>9315 Kenton Ave<br>Shawnee, KS 66227 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $183,200.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.390 | **Nonpriority creditor's name and mailing address**<br>TRANSMEX INC SA DE CV<br>Yedid Adriano<br>TRANSMEX INC SA DE CV<br>1001 Diesel Drive<br>El Paseo, TX 79907 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73,699.49 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.391 | **Nonpriority creditor's name and mailing address**<br>TRANSPORT SYSTEMS LLC<br>RTS Financial Service, Inc.<br>PO Box 840267<br>Dallas, TX 75284 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392 | **Nonpriority creditor's name and mailing address**<br>Travelers Insurance<br>485 Lexington Avenue<br>New York, NY 10017 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.393 | **Nonpriority creditor's name and mailing address**<br>TRIPLE THREE GROUP INC<br>RTS Financial Service, Inc.<br>PO Box 840267<br>Dallas, TX 75284 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,700.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.394 | **Nonpriority creditor's name and mailing address**<br>TRITON CARRIERS LLC<br>890 N. Industrial Park Ave<br>Nogales, AZ 85621 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.395 | **Nonpriority creditor's name and mailing address**<br>TRUCKIN AROUND LLC<br>RTS Financial Service, Inc.<br>PO Box 840267<br>Dallas, TX 75284 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,050.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.396**

**Nonpriority creditor's name and mailing address**
TRUCKLOADS EXPRESS LLC
Steelhead Finance
3518 Heathrow Way
Medford, OR 97504

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$875.00

---

**3.397**

**Nonpriority creditor's name and mailing address**
TRUE HEART LOGISTIC INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$800.00

---

**3.398**

**Nonpriority creditor's name and mailing address**
TRUE TRANSIT INC
18 Dangelo Dr
Webster, NY 14580-8531

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$800.00

---

**3.399**

**Nonpriority creditor's name and mailing address**
ULINE
PO Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,153.46

---

**3.400**

**Nonpriority creditor's name and mailing address**
UMC EXPRESS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.401**

**Nonpriority creditor's name and mailing address**
Unimex Logistics LLC
700 West Anaya Road
Pharr, TX 78577

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$6,600.00

---

**3.402**

**Nonpriority creditor's name and mailing address**
United Healthcare
UHS Premium Billing
PO Box 94017
Palatine, IL 60094-4017

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$33,505.88

---

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.403** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,975.00

UNITED LOGISTICS SERVICES LLC
15368 Wintergreen St NW
Andover, MN 55304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

United States Dept of Commerce
Office of hte Director
Washington, DC 20233-0001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,800.00

UNLIMITED FREIGHT INC.
JD Factors (Chicago)
PO Box 687
Wheaton, IL 60187

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $219.41

UPS
PO Box 650116
Dallas, TX 75265

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $94,641.81

UPS FREIGHT
28013 Network Place
Chicago, IL 60673-1280

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $149.67

UPS Parcel
PO Box 650116
Dallas, TX 75265

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $140,351.76

UPS TForce Freight
PO Box 650116
Dallas, TX 75265

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,300.00 |
|---|---|---|---|

**3.410**

**Nonpriority creditor's name and mailing address**
URO EXPEDITE LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,300.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411**

**Nonpriority creditor's name and mailing address**
US BEST TRANSPORT INC.
TBS Factoring Service, LLC
PO Box 248920
Central Oklahoma City, OK 73124

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,900.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412**

**Nonpriority creditor's name and mailing address**
US FREIGHT TRANSPORT LLC.
CD Consortium Corporation
8930 Waukegan Rd
Ste. 230
Morton Grove, IL 60053

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,300.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413**

**Nonpriority creditor's name and mailing address**
US Road
PO Box 9070
Wichita, KS 67277

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$34,987.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414**

**Nonpriority creditor's name and mailing address**
USF Holland, LLC
% The Corporation Company
112 SW 7th Street, Suite 3C
Topeka, KS 66603

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415**

**Nonpriority creditor's name and mailing address**
USKO EXPRESS INC
11290 Point East Dr
Ste. 200
Rancho Cordova, CA 95742

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,900.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.416**

**Nonpriority creditor's name and mailing address**
UTTAM SHAH TRANSPORT LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,325.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

Name

---

| 3.417 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,050.00 |
|---|---|---|---|

VALLEY TRANSPORT INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,800.00 |
|---|---|---|---|

VANNER INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $700.00 |
|---|---|---|---|

VFLASH N LLC
2745 Orchard Lane
Apt. 3204
Sacramento, CA 95833

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,100.00 |
|---|---|---|---|

VINI EXPRESS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38,175.00 |
|---|---|---|---|

VIRNICH CORPORATION
245 W. Roosevelt Rd
Bld. 15 Unit 113
West Chicago, IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,750.00 |
|---|---|---|---|

VITA NOVA LLC
Firstline Funding Group
PO Box 328
Madison, SD 57042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,000.00 |
|---|---|---|---|

VTT TRANSPORT, LLC
England Carrier Services
PO Box 95386
St. Louis, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $975.00 |
|---|---|---|---|

VYPER, LLC
18379 Dogwood Road
Carthage, MO 64836

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,425.00 |
|---|---|---|---|

W TRUCKING GROUP INC
Saint John Capital Corporation
PO Box 74007671
Chicago Loop, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,025.00 |
|---|---|---|---|

WADALA TRUCKING INC
10859 Dutch Tulip Dr.
Stockton, CA 95209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,200.00 |
|---|---|---|---|

WALETICH CORPORATION
353 Industrial St. E.
Kasota, MN 56050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,800.00 |
|---|---|---|---|

WESTERN LOGISTICS TRUCKING INC
Royalty Capital, Inc.
2764 N. Green Valley Pkwy
Ste. 382
Henderson, NV 89014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,300.00 |
|---|---|---|---|

WESTERN XPRESS INC
15408 Rancho Fontana Village Pkwy
Fontana, CA 92336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $170.00 |
|---|---|---|---|

WEX Health, Inc.
PO Box 9528
Fargo, ND 58106-9528

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**3.431** Nonpriority creditor's name and mailing address
WEYRAH TRANSPORTATION LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,700.00

---

**3.432** Nonpriority creditor's name and mailing address
WHYZ TRANSPORT INC
TransAm Financial Services (TAFS)
PO Box 872632
Kansas City, MO 64187

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$900.00

---

**3.433** Nonpriority creditor's name and mailing address
WIM TRANSPORTATION LLC
CD Consortium Corporation
8930 Waukegan Rd.
Ste. 230
Morton Grove, IL 60053

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,400.00

---

**3.434** Nonpriority creditor's name and mailing address
WINDS TRANSPORTATION INC
eCapital Freight Factoring Corp - Dallas
PO Box 206773
Dallas, TX 75320

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,650.00

---

**3.435** Nonpriority creditor's name and mailing address
WOOTEN & SONS ENTERPRISE LLC
Lookout Capital, LLC
PO Box 161124
Atlanta, GA 30321-1124

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,525.00

---

**3.436** Nonpriority creditor's name and mailing address
XPO Logistics
29559 Network Place
Chicago, IL 60673-1559

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$346,742.73

---

**3.437** Nonpriority creditor's name and mailing address
YELLOW LOGISTICS
PO Box 775556
Chicago, IL 60677

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$17,435.00

---

| Debtor | Priority Logistics Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.438** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00

YO TRANSPORT LLC
Century Finance, LLC
PO Box 589
Memphis, TN 38101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.439** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $315,113.16

YRC Freight
PO Box 730375
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.440** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00

Z AND M TRUCKING LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,150.00

ZAM TRANS INC
4811 Chippendale Drive
Ste. 802
Sacremento, CA 95841

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $843,852.75

ZARO TRANSPORTATION, LLC
18729 Metropolitan Road
Laredo, TX 78045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,300.00

ZENITH TRANS INC
LVNV Capital Corp
PO Box 32107
Las Vegas, NV 89173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,250.00

ZION TRANSPORT, INC.
8710 Sherwood terrace
San Diego, CA 92154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|-------|--------|--------|--------|
| | ZUPA GLOBAL, INC.<br>JD Factors (Chicago)<br>PO Box 687<br>Wheaton, IL 60187 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | Brown & Joseph, LLC<br>PO Box 249<br>Itasca, IL 60143-0249 | Line _3.414_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Brown & Joseph, LLC<br>One Pierce Place<br>Suite 700 W<br>Itasca, IL 60143 | Line _3.414_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Brown & Joseph, LLC<br>One Pierce Place, Suite 700 W<br>Itasca, IL 60143 | Line _3.369_<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | David Frye<br>Lathrop Gage LLP<br>2345 Grand Blvd<br>Suite 2200<br>Kansas City, MO 64108 | Line _3.365_<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | David W. Steed<br>Klenda Austerman LLC<br>1600 Epic Center<br>301 North Main<br>Wichita, KS 67202-4816 | Line _3.129_<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | FedEx<br>Dept CH<br>PO Box 10306<br>Palatine, IL 60055-0306 | Line _3.129_<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | G T Sales & Manufacturing, Inc<br>dba G T Midwest<br>% Triplett Woolf Garretson LLC<br>2959 North Rock Road, Suite 300<br>Wichita, KS 67226 | Line _3.149_<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Gregory Pappas<br>McNeilePappas PC<br>7500 W. 110th St Ste 110<br>Overland Park, KS 66210 | Line _3.73_<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | Gregory Pappas<br>McNeilePappas PC<br>7500 W. 110th St Ste 110<br>Overland Park, KS 66210 | Line 3.294<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | Internal Revenue Service<br>Attn: Insolvency/Advisory<br>Mail Stop 5334 LSM<br>2850 NE Independence Ave<br>Lees Summit, MO 64064 | Line 2.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | Jeffrey Cox<br>Law Offices of Seaton & Husk, LP<br>2240 Gallows Road<br>Vienna, VA 22182 | Line 3.102<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | John H. Carney & Associates<br>10541 Berry Knoll Drive<br>Dallas, TX 75230-1000 | Line 3.268<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | John J. Diehl, Jr.<br>7733 Forsyth Blvd., Suite 1600<br>Saint Louis, MO 63105 | Line 3.25<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | Kansas Attorny General<br>120 SW 10th Avenue<br>2nd Floor<br>Topeka, KS 66612 | Line 2.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | Kansas Dept of Administration<br>Attn Director of Acct & Report<br>Landon State Ofc Bldg Rm 351S<br>900 SW Jackson<br>Topeka, KS 66612 | Line 2.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | McDowell Rice Smith & Buchanan<br>605 W 47th St., Ste 350<br>Kansas City, MO 64112-1905 | Line 3.72<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | Missouri Attorney General<br>Supreme Court Building<br>207 W. High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 | Line 2.3<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | Neil C. Gosch<br>Triplett Woolf Garretson LLC<br>2959 North Rock Road<br>Suite 300<br>Wichita, KS 67226 | Line 3.315<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | Randall J. Forbes<br>Frieden & Forbes, LLP<br>1414 SW Ashworth Place<br>Suite 201<br>Topeka, KS 66604 | Line 3.102<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Priority Logistics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.20 | Robert C. Rogers<br>Moseley Marcinak Law Group, LLP<br>PO Box 26148<br>Greenville, SC 29616 | Line 3.337<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | Russell C. Leffel<br>6408 Willow Lane<br>Prairie Village, KS 66208 | Line 3.365<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | Texas Attorney General<br>300 West 15th Street<br>Austin, TX 78701 | Line 2.4<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | Trans Recovery Solutions, LLC<br>6915 Crumper Blvd., Suite I<br>Olive Branch, MS 38654 | Line 3.230<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | US Attorney<br>US Courthouse<br>500 State Avenue, Rm 360<br>Kansas City, KS 66101 | Line 3.404<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | US Attorney<br>US Courthouse<br>500 State Avenue, Rm 360<br>Kansas City, KS 66101 | Line 2.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | Verilance, Inc.<br>43525 Ridge Park Drive<br>Suite 300<br>Temecula, CA 92590 | Line 3.392<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 6,507.66 |
| 5b. Total claims from Part 2 | 5b. + | $ | 9,017,025.30 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 9,023,532.96 |

Debtor name     Priority Logistics Inc.

United States Bankruptcy Court for the:     DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | Lease for office space located at 6900 College Blvd, Suite 470, Overland Park, Kanas |
| State the term remaining | |
| List the contract number of any government contract _____ | CBPK5 LP<br>PO Box 714506<br>Cincinnati, OH 45271-4506 |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 1

**Fill in this information to identify the case:**

Debtor name    Priority Logistics Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
<span style="float:right">12/15</span>

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Angela Burdick | 17027 Belinder Road<br>Stilwell, KS 66085 | CBPK5 LP | ☐ D _____<br>☐ E/F _____<br>■ G   2.1 |
| 2.2 | David Burdick | 17027 Belinder Road<br>Stilwell, KS 66085 | CBPK5 LP | ☐ D _____<br>☐ E/F _____<br>■ G   2.1 |
| 2.3 | Tim Nolan | 13114 West 127th Terrace<br>Overland Park, KS 66213 | CBPK5 LP | ☐ D _____<br>☐ E/F _____<br>■ G   2.1 |
| 2.4 | Tim Nolan | 12111 South Summit Street<br>Olathe, KS 66062 | CBPK5 LP | ☐ D _____<br>☐ E/F _____<br>■ G   2.1 |

Fill in this information to identify the case:

Debtor name   Priority Logistics Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $       0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................   $       0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................   $       0.00

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $       0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................   $    6,507.66

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................   +$    9,017,025.30

4. **Total liabilities** ............................................................................................................
Lines 2 + 3a + 3b    $    9,023,532.96

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  Priority Logistics Inc.

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 17, 2023          **X** /s/ David A. Burdick
                                     Signature of individual signing on behalf of debtor

                                     David A. Burdick
                                     Printed name

                                     Executive Vice President
                                     Position or relationship to debtor

Fill in this information to identify the case:

Debtor name     Priority Logistics Inc.

United States Bankruptcy Court for the:     DISTRICT OF KANSAS

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2023 to Filing Date | ■ Operating a business<br>☐ Other  _____ | $0.00 |
| For prior year:<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other  _____ | Unknown |
| For year before that:<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other  _____ | $18,162,527.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Altus Corporate 44 Partners, LLC v. Priority Logistics, Inc., et al<br>22SL-AC20804 | Landlord-Tenant Action | Circuit Court of St. Louis County, MO<br>10 North Tucker Blvd<br>Room 300<br>Saint Louis, MO 63101 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | SYSTEMAIR v. Priority Logistics Inc.<br>01-22-0004-5610 | Arbitration | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | G T Sales & Manufacturing v. Priority Logistics, Inc., et al<br>2002-CV-001578-OT | Civil | District Court of Sedgwick County, KS<br>525 North Main Street<br>Suite 11-FL<br>Wichita, KS 67203 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Debtor v. ALVA Advance, LLC et al<br>Index No. 656699/2022 | Civil | Supreme Court of the State of New York<br>New York County<br>60 Centre Street, Suite 1<br>New York, NY 10007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. Old Dominion Freight Line v. G T Sales & Manufacturing, et al<br>2022-CV-001605-OT | Civil | District Court of Sedgwick County, KS<br>525 North Main Street<br>Suite 11-FL<br>Wichita, KS 67203 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. Tiger Capital Group, LLC v. Priority Logistics<br>Index No. 507525/2022 | Civil | Supreme Court of New York | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. CBPK5 LP v. Priority Logistics, et al<br>22LA05699 | Civil | District Court of Johnson County, Kansas<br>100 N. Kansas Avenue<br>Olathe, KS 66061 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. Priority Logistics, Inc. et al v. Alva Advance LLC, et al<br>Index No. 656699/2022 | Petition | Supreme Court of the State of New York<br>New York County<br>60 Centre Street<br>New York, NY 10007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Evans and Mullinix PA 7225 Renner Rd  Ste 200 Shawnee, KS 66217-3043 | Filing Fee & Attorney Fees | 1/05/2023 ($5,500.00) 4/14/2023 ($3,865.93) | $9,365.93 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Chris Pickering 130 North Chrerry Street Suite 100 Olathe, KS 66061 | Payment of Retainer | 2022 ($20,000.00) & 4/13/203 ($3,865.93) | $23,500.00 |
| | **Relationship to debtor** | | | |

### Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 6900 College Blvd Suite 470 Leawood, KS 66211 | 2017 to 7/15/2022 |

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

Name, address, phone number, email, and other usuall information of customers

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Commerce Bank<br>P.O. Box 411036<br>Kansas City, MO 64161 | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2022 | $0.00 |
| 18.2. | Bank of Texas | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2022 | $0.00 |
| 18.3. | CIBC Bank | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2023 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Debtor | Priority Logistics Inc. | Case number *(if known)* |
|--------|-------------------------|--------------------------|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|------------------------------------|
| 25.1.  E. Freight Ship<br>PO Box 26641<br>Overland Park, KS 66225 | Transportation Broker | EIN:<br><br>From-To    2015 - 2022 |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1.   Eric Moter | 2002 to 2022 |
| 26a.2.   Whitney Penn | 2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|------------------|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| David Burdick | 17027 Belinder Road Stilwell, KS 66085 | Vice President | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Michael Brennan | 301 Foxcroft Lane Keller, TX 76248 | President & CFO | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Tim Nolan | 13114 West 127th Terrace Overland Park, KS 66213 | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | David Burdick 17027 Belinder Road Stilwell, KS 66085 | $125,769.16 | 2022 | Annual Salary & Other Payments |
| | **Relationship to debtor** Shareholder | | | |
| 30.2. | Tim Nolan 13114 West 127th Terrace Overland Park, KS 66213 | | | |
| | **Relationship to debtor** Shareholder | | | |
| 30.3. | Michael Brennan 301 Foxcroft Lane Keller, TX 76248 | | | |
| | **Relationship to debtor** Shareholder | | | |
| 30.4. | Mark Tiemann | $125,307.66 | 2022 | Annual Salary & Other Payments |
| | **Relationship to debtor** Shareholder | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 17, 2023

/s/ David A. Burdick                                           David A. Burdick
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Executive Vice President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

In re  Priority Logistics Inc.

Debtor(s)

Case No. _____

Chapter  7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................. $ ........... 9,027.93

Prior to the filing of this statement I have received ............................. $ ........... 9,027.93

Balance Due ............................. $ ........... 0.00

2. $  338.00  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

April 17, 2023
*Date*

/s/ Colin Gotham

Colin Gotham KS#19538; MO#52343
*Signature of Attorney*
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700   Fax: (913) 962-8701
cgotham@emlawkc.com
*Name of law firm*

---

```
100 CORPORATION LLC
11903 Auburn Road
Suite B
Laredo, TX 78045


50 STAR LOGISTICS LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


5AB CARRIER LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


A & J ONE TRANSPORT INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


A Lot A Clean Inc
PO Box 284
Lees Summit, MO 64063


A TO B LOGISTICS INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


A&D CARRIER INC
eCapital Freight Factoring Corp
PO Box 206773
Dallas, TX 75261


AAA Cooper Transportation
PO Box 935003
Atlanta, GA 31193-5003


AAA LOGISTICS GROUP INC
ASSIST FINANCIAL SERVICES, INC
PO Box  347
Madison, SD 57042


AAAK TRUCKING LLC
59 FERNWOOD DR
Rocky Hill, CT 06067
```

ABDU TRANSPORTATION LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


ABF Freight
3801 Old Greenwood Road
Fort Smith, AK 72903


ABF FREIGHT SYSTEM
ArcBest
4033 N Pleasant Ave
Kansas City, MO 64161-9200


ACE USA
% CISCO, INC.
PO BOX 801088
Houston, TX 77280-1088


ACI MOTOR FREIGHT INC
4545 S PALISADE ST
Wichita, KS 67217


Advance Transportation Systems
10558 Taconic Terrace
Cincinnati, OH 45215


AFCO
5600 N. River Road, Suite 400
Rosemont, IL 60018


AG Express Line Inc
Next Day Funding Inc
21000 Torrence Ave
Chicago Heights, IL 60411


AGH Truck Lines Inc.
3845 South El Dorado Street
Stockton, CA 95204


AKAL EXPRESS INC
PO BOX 840267
Dallas, TX 95284

ALL ROUTES TRANSPORT LTD
173 WARD CRESCENT NW
Edmonton, AB T6T 1M7
Canada


Alliance Tech
1024 47th Street #10
Emeryville, CA 94608


Alliant Insurance Services Inc.
1421 Hanz Drive
New Braunfels, TX 78130


ALPHA TRANSPORT INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


Alpha Trucks and Transport
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


Altus Corporate 44 Partners, LLC
231 South Bemiston Ave
Suite 650
St. Louis, MO 63105


Ameren Missouri
PO Box 790098
St. Louis, MO 63179-0098


AMERICAN FAMILY INSURANCE
14151 Murlen Rd
Olathe, KS 66062


AMERICAN MILE INC
JD Factors
PO Box 687
Wheaton, IL 60187


AMEVA TRANSPORT INC
ENGLAND CARRIER SERVICES
PO Box  953086
St. Louis, MO 63195

ANDREX LOGISTICS INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


Angela Burdick
17027 Belinder Road
Stilwell, KS 66085


ANGELS OVER GRAHAMS TRUCKING LLC
Financial Carrier Services, Inc.
PO Box 151052
Ogden, UT 84415


ANTONIO GONZALEZ
eCapital Freight Factoring Corp
PO Box 206773
Dallas, TX 75320


ANVER INC
Phoenix Capital Group, LLC
PO Box 1415
Des Moines, IA 50305


Appino & Biggs Reporting Service
5111 SW 21st St
Topeka, KS 66604


APPLE EXPRESS LOGISTICS
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


ARC BEST
8401 McClure Drive
Fort Smith, AK 72916


Arnold Transportation Services
3375 High Prarie Road
Grand Prairie, TX 75050


ASAEL TRANSPORT LLC
TBS Factoring Service, LLC
PO Box 248920
Oklahoma City, OK 73124

AT TRANSPORTATION INC
147 BAILEY DRIVE
Desoto, TX 75115


AVD TRANSPORT CORP
14360 JAMES ROAD SUITE 102
Rogers, MN 55374


B & K GROUP INC
APEX Capital Corp
PO Box 931029
Suite
Fort Worth, TX 76161


B&H FREIGHT LINES
PO BOX 509
Harrisonville, MO 64701


B6 TRUCKING LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


BAYSUN LLC
11837 Royal Castle Court
Charlotte, NC 28277


BEEMAC, INC
2747 Legionville Road
Ambridge, PA 15003


BEST FLEET, INC.
424 Meadowpark Lane
Duncan, SC 29334


BHAGO TRANSPORTATION INC
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195


BIG TRANSPORT INC
963 S FILBERT AVE
Fresno, CA 93727

```
BILIM LB INCORPORATED
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


BINGO LOGISTICS
Crestmark
PO Box 682348
Franklin, TN 75261


BLANCA E ECHEVERRIA
309 N Valeria Street
Fresno, CA 93701


BLUE DOTS LLC
120 West Eastman Street
Suite 205
Arlington Heights, IL 60004


BLUEJAYS LOGISTICS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


BNG CARGO INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


BOWERMAN TRUCKING, INC
180 Lee Lane
Searcy, AR 72143


BRAINA TRANS LLC
ASSIST FINANCIAL SERVICES, INC
PO Box 347
Madison, SD 57042


BRC AMERICAN TRANSPORTATION LLC
1512 N 75th Avenue
Omaha, NE 68114


BRK EXPRESS INC.
Love's Solutions, LLC
PO Box 96-0479
Oklahoma City, OK 73196
```

BROTHERS DN TRUCKING LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


BROTHERS TRANSPORT LLC
201 McPeek Place
Nicholasville, KY 40356


BROTHERTON FARMS TRUCKING LLC
10041 Highway 65
Chillicothe, MO 64601


Brown & Joseph, LLC
PO Box 249
Itasca, IL 60143-0249


Brown & Joseph, LLC
One Pirece Place
Suite 700 W
Itasca, IL 60143


Brown & Joseph, LLC
One Pierce Place, Suite 700 W
Itasca, IL 60143


BS Trans
32 West Verano Court
Tracy, CA 95391


BYLAND TRANSPORTATION LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


Byline Financial Group
Accounts Receivable
Bin 88205
Milwaukee, WI 53288-8205


BYT TRUCKING LIMITED LIABILITY COMPANY
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

C&A TRANSPORTATION LLC
Sierra Finance
6080 Surety Drive
Suite 101
El Paseo, TX 75284


C5 EXPEDITE
OTR Capital, LLC
PO Box 1175760
Atlanta, GA 30368


C5 LOGISTICS
OTR Capital, LLC
PO Box 1175760
Atlanta, GA 30368


Cajun Distribution Services Inc
600 St George Ave # E
New Orleans, LA 70121


California Department of Motor Vehicles
PO Box 2135
Shingle Springs, CA 95682


CAPITOL TRUCKING INC (BENSENVILLE)
TAB Bank
PO Box 150290
Ogden, UT 84415


CARGOTRANS INTERNATIONAL CORP.
Crestmark
PO Box 682348
Franklin, TN 37068


Cash Flow Financial, LLC
dba Greenback Capital
% John F. Adler, Registered Agent
2101 Cedar Springs Road, Suite 1050
Dallas, TX 75201


CBPK5 LP
PO Box 714506
Cincinnati, OH 45271-4506

Central Freight Lines
5935 Rivers Ave
Charleston, SC 29406


CHAHAL BROTHERS CARRIER INC
1897 Oleander Avenue
Manteca, CA 95337


CIA TRANSPORT INC
16050 W E Street
Kerman, CA 93630


CINCINNATI FREIGHTWAYS INC
Crossroad Services LLC
PO Box 653076
Dallas, TX 75265


CM XPRESS INC
11621 Clark Street #102
Arcadia, CA 91006


COAST CONNECTION INC
2553 Edgington Street
Franklin Park, IL 60131


COGENT COMMUNICATIONS INC
PO Box 791087
Baltimore, MD 21279-1087


CONQUEROR TRANS
WEX Fleet One
PO BOX 94565
Cleveland, OH 44101


CONTRACT FREIGHTERS, INC.
4701 East 32nd Street
Joplin, MO 64804


COY TRUCKING LLC
4221 Mountain View Drive
Corpus Christi, TX 78410


CR ENGLAND
4701 W 2100 S
Salt Lake City, UT 84120

CRH Transportation
% Joseph E. Rebman, Registered Agent
165 Meramec Avneue, Suite 310
Saint Louis, MO 63105


Cross Country Freight
PO BOX 88226
Milwaukee, WI 53288


Crown Equipment Corporation
PO Box 641173
Cincinnati, OH 45264-1173


CRYSTAL TRANS INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


D L K TRUCKING, INC.
5182 Hoover Ave
Plover, WI 54467


D&E TRANSPORT, LLC
4141 150th Street NW
Clearwater, MN 55320


Daniel A. Field
Two Park Avenue
New York, NY 10016


David Burdick
17027 Belinder Road
Stilwell, KS 66085


David Frye
Lathrop Gage LLP
2345 Grand Blvd
Suite 2200
Kansas City, MO 64108


David W. Steed
Klenda Austerman LLC
1600 Epic Center
301 North Main
Wichita, KS 67202-4816

Dayton Freight Lines
PO Box 340
Vandallia, OH 45377


Design Mechanical, Inc.
100 Greystone Ave
Kansas City, KS 66103


DHILLON BROTHERS EXPRESS INC.
6632 E Parlier Ave
Fowler, CA 93625


DIAMOND TRUCKING LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


DIAMONDBACK DELIVERY, INC.
7111 W 151st Street #223
Overland Park, KS 66223


DINAR TRANSPORT INC
TBS Factoring Service
PO Box 248920
Oklahoma City, OK 73124-8920


DIRECT DRIVE EXPRESS, INC.
11122 W Rogers Street
Milwaukee, WI 53227


DIVINE BLISS LOGISTICS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


DLH TRANSPORTATION INC
111 Earl Thompson Road
AYR ON NOB 1EO
Canda


DMSE TRUCKING LLC
Phoenix Capital Group, LLC
PO Box1415
Des Moines, IA 50305

Dohrn Transfer Company
PO Box 83138
Chicago, IL 60691-0138


DONIYOR TRANSPORTATION INC
571 Selma Street
Philadelphia, PA 19116


DRIVE SERVICES, LLC
eCapital Freight Factoring Corp. - Dalla
PO Box 206773
Dallas, TX 75320


DTC LOGISTICS INC
eCapital Freight Factoring Corp. - Dalla
PO Box 206773
Dallas, TX 75320


DYNAMAX LOGISTICS LLC
1004 East Hillside Road
Suite B
Laredo, TX 78041


DYNAMIC DEDICATED LLC
15264 Newton Drive
Overland Park, KS 66223


Dysart Taylor
PO Box 410044
Kansas City, MO 64141


E. F. CORPORATION
PO Box 62891
Baltimore, MD 21264


EAGLE TRANS LLC
Premier Capital LTD
PO Box 825864
Philadelphia, PA 19182-5864


EASYWAY EXPRESS INC
1825 Diesel Drive
Sacremento, CA 95838

EDSON E HARTLEY
33389 E 697 Road
Wagoner, OK 74467


EKV TRUCKING LLC
eCapital Freight Factoring Corp. - Dalla
PO Box 206773
Dallas, TX 75320


ELITE FLEET TRUCKING LLC
11301 Meadowside Drive
St. Louis, MO 63146


ELITE SD LLC
6561 Dutton Trail Drive SE
Dutton, MI 49316


ELMAN LLC
Aladdin Financial
PO Box 1394
Sioux Falls, SD 57101


ELOI TRANSPORT LIMITED LIABILITY COMPANY
eCapital Freight Factoring Corp. - Dalla
PO Box 206773
Dallas, TX 75320


ELVIN OMAR ZAVALA CRUZ
6503 Karenstone Drive
Charlotte, NC 28215


EMCO TRANSPORTATION LLC
Crestmark
PO Box 682348
Franklin, TN 37068


ERIC J. MOEDER & ASSOCIATES, LLC
11011 Antioch Road, Suite 100
Overland Park, KS 66210


ERIC ROBERTS TRUCKING
Love's Solutions, LLC
PO Box 96-0479
Oklahoma City, OK 73196

Estes Express Lines
PO Box 77003
Minneapolis, MN 55480-7703


EURO TRANSPORTATION CORP
APEX Capital Corp
PO Box 961029
Fort Worth, TX 76161


Evergy
1200 Main Street
PO Box 219330
Kansas City, MO 64121


EXPRESS 2000
164 NW Industrial Court
Bridgeton, MO 63044


F Z R TRANSPORT INC
6003 Glen Rose Avenue
Bakersfield, CA 93313


F2F TRANSPORT, LLC
1301 Riverfront Parkway
Suite 120
Chattanooga, TN 37402


FACE 2 FACE EXPRESS
405 Beamer Drive
Anderson, SC 29625


FedEx
PO Box 94515
Palentine, IL 60094-4515


FedEx
Dept CH
PO Box 10306
Palatine, IL 60055-0306


FedEx Economy
Dept CH
PO Box 10306
Palentine, IL 60055-0306

FedEx Priority
Dept CH
PO Box 10306
Palentine, IL 60055-0306


Ferrara Logistics LLC
1319 N Broad Street
Hillside, NJ 07205


Ferrellgas
PO Box 173940
Denver, CO 80217


FIRE TRANSPORT CORP
2821 South Kolin Avnue
Chicago, IL 60623


First-Citizens Bank & Trust Co
CIT
21146 Network Place
Chicago, IL 60673-1211


FLAME-OUT Fire Extinguisher Co.
210 South Blake Street
Olathe, KS 66061


FOCUS LOGISTICS, INC
2084 Nelms Pointe Landing
Lawrenceville, GA 30043


Fortune Lines Inc.
ASSIST FINANCIAL SERVICES, INC
PO Box 347
Madison, SD 57042


Foulston Siefkin LLP
Attn: Accounts Receivable
1551 N. Waterfront Parkway
Suite 100
Wichita, KS 67206


FP MAILING SOLUTIONS
FRANCOTYP-POSTALIA, INC.
PO Box 157
Bedford Park, IL 60499-0157

```
FR8BOY
7239 Pioneer Blvd #521
Lincoln, NE 68506


FREIGHT ENTERPRISES CORP.
25505 West Rock Drive
Plainfield, IL 60586


FREIGHT MASTER TRANS LLC
Saint John Capital Corporation
PO Box 74007671
Chicago, IL 60674


FREIGHT MOVERS TRANSPORTATION LLC
Love's Solutions, LLC - Cincinnati
PO Box 639565
Cincinnati, OH 45263


FREIGHT SOLUTION SERVICES INC
Orange Commercial Credit
PO Box 11099
Olympia, WA 98508


FreightSnap, LLC
8045 Bond Street
Lenexa, KS 66214


FREIGHTX LOGISTICS INC
2535 Spartina Lane
Naperville, IL 60564


FUREX INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


G T Sales & Manufactoring, Inc
dba G T Midwest
% Triplett Woolf Garretson LLC
2959 North Rock Road, Suite 300
Wichita, KS 67226


G T Sales & Manufacturing
dba G T Midwest
405 East 14th Avenue
Kansas City, MO 64116
```

G TOLY TRUCKING INC
320 Souht Berry Street
Centralia, WA 98531


GALOL TRUCKING LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


GARASEY SERVICES LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


GARRITY TRANSPORT
Transport Factoring, Inc
PO Box 167648
Irving, TX 75016


GERBER TRANSFER LLC
12601 Kaw Drive
Suite B
Bonner Springs, KS 66012


GHUMAN TRUCKING INC.
12536 Great Park Circle
Apt 202
Germantown, MD 20876


GINGRICH FARMS TRANSPORT LLC.
300 E Wadsworth Road
Bad Axe, MI 48413


GIVE2GET, INC
Pro Funding, Inc.
DEPT, #3045
PO Box 1000
Downtown Memphis, TN 38148


Globex Transport Inc
Crestmark
PO Box 682348
Franklin, TN 37068

GOLD STAR TRANSPORT INC
Crestmark
PO Box 682348
Franklin, TN 37068


GP TRANSPORTATION CO
3200 Channahon Road
Joliet, IL 60436


GREAT CONNECTIONS INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


GREAT LAKES TRUCKING MI INC
Crestmark
PO Box 682348
Franklin, TN 37068


GREAT TRANSPORT LIMITED
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


Greenback Capital
2101 Cedar Springs Road
Dallas, TX 75021


Gregory Pappas
McNeilePappas PC
7500 W. 110th St Ste 110
Overland Park, KS 66210


GREGPOL EXPRESS INC
Freight Factoring Specialists LLC
Dept 10010
PO Box 31792
Tampa, FL 33631


GUR NANAK FREIGHT INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

Guya Transport LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


H & S TRANSPORT LLC
5728 North Broadway
Suite B
Kansas City, MO 64118


HAILEYS TRANSPORT
10073 West Mariposa Street
Phoenix, AZ 85037


HALAWA TRUCKING LLC
Steelhead Financial
3518 Heathrow Way
Medford, OR 97504


HALOL TRANSPORT LLC
Saint John Capital Corporation
PO Box 74007671
Chicago, IL 60674


HARGUN FREIGHT LINES
3900 Horner Street # 128
Union City, CA 94587


Harshman Enterprises LLC
155 Carriage Station Circle
Roswell, GA 30075


HEAVEN GROUP TRANSPORTATION LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


HH LOGISTICS LLC
OTR Capital, LLC
PO Box 1175760
Atlanta, GA 30368-7576


HIGHBOOST CORP
1101 Windham Pkwy
Romeoville, IL 60446

HIKAM TRANSPORTATION LLC
4694 CEMETERY RD STE 323
Hillard, OH 43026


HILL BROTHERS
7850 I STREET
Omaha, NE 68127


HIRA TRANSPORT INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


HOLLAM GLOBAL LOGISTICS LLC
TBS Factoring Service
PO Box 248920
Oklahoma City, OK 68127


Holland Freight
USF HOLLAND INC.
27052 NETWORK PLACE
Chicago, IL 60673-1270


HOMER EXPRESS LLC
Financial Carrier Services, Inc.
PO Box 151052
Ogden, UT 84415


HOREB TRANSPORT LLC
Phoenix Capital Group, LLC
PO Box 1415
Des Moines, IA 50305


I & I TRANSPORT LLC
20688 KEYSTONE AVE UNIT D
Lakeville, MN 55044


I LOVE TRANSPORT LLC
8602 PUERTO ANGEL
Laredo, TX 78045


IBY TRANSPORT INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

IC LOGISTIC CORP
Phoenix Capital Group, LLC
PO Box 1415
Des Moines, IA 50305


ICD FREIGHT INC
13202 W 98TH ST
Lenexa, KS 66215


IKAMAL INC
Saint John Capital Corporation
PO Box 74007671
Chicago Loop, IL 60674


IMAGING CONCEPTS
PO Box 860024
Shawnee, KS 66286-0024


INFINITE SERVICES INC
Treadstone US Capital, LLC
PO Box 32160
Dept #128
Louisville, KY 40232


Intellys Corporation
621 College Street
Grapevine, TX 76051


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Attn: Insolvency/Advisory
Mail Stop 5334 LSM
2850 NE Independence Ave
Lees Summit, MO 64064


INTRA-NATIONAL TRANSPORTATION SERVICES L
Revolution Capital
PO Box 741791
Los Angeles, CA 90074

JASMA LLC
TransAm Financial Services (TAFS)
PO Box 872632
Kansas City, MO 64187


JASPREET SINGH
TCI Capital
PO Box 9149
Minneapolis, MN 55480


JASSO LOGISTICS INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


JBS TRANSPORTATION LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


JCC TRANSPORT
295 Naples Street
Mendota, CA 93640


Jeffrey Cox
Law Offices of Seaton & Husk, LP
2240 Gallows Road
Vienna, VA 22182


JEREL SANDUSKY
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


JF TRANSPORT INC
3414 Moylan Drive
Bowie, MD 20415


JIMLA EXPRESS LLC
APEX Capital Corp
PO Box 961029
Fort Worth, TX 76161


JJB LOGISTICS INC
1203 ABBOTT AVE
Lehigh Acres, FL 33972

JMD CARRIERS INC
TCI Capital
PO Box 9149
Minneapolis, MN 55480


John H. Carney & Associates
10541 Berry Knoll Drive
Dallas, TX 75230-1000


John J. Diehl, Jr.
7733 Forsyth Blvd., Suite 1600
Saint Louis, MO 63105


JOLLY MAN LOGISTICS INC
24680 SANTA CLARA ST
Hayward, CA 94544


JULMIS LOGISTICS INC
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195


KABA & SONS LLC
917 BELAIR AVE
Reading, PA 19607


Kansas Attorny General
120 SW 10th Avenue
2nd Floor
Topeka, KS 66612


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka, KS 66612-2005


Kansas Dept of Administration
Attn Director of Acct & Report
Landon State Ofc Bldg Rm 351S
900 SW Jackson
Topeka, KS 66612


KAWA COURIERS LLC
TAFS, Inc
PO Box 872632
Kansas City, MO 64187

KEANE THUMMEL TRUCKING, INC.
419 MAIN STREET
New Market, IA 51646


KIDD EXPRESS, LLC
2810 CROSSROADS DRIVE
SUITE 4000
Madison, WI 53718


Kingdom Capital
% Gene Rosen
200 Garden City Plaza, Suite 405
Garden City, NY 11530


KLF TRANSPORT INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


KRUK TRANSPORTATION INC
APEX Capital Corp
PO Box 961029
Fort Worth, TX 76161


KSK TRANSPORT INC.
429 PLEASANT DRIVE
Schaumburg, IL 60193


LA FRECCE CARRIER CORP
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195


LAPOLA TRANSPORT INC
Asteria Corp
PO Box 911
Burbank, CA 91503


LAS TRUCKING LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


LEGACY FASTENERS LLC
5710 TECHNICAL DR
Popular Bluff, MO 63901

LEGACY FREIGHT LINES
Sierra Finance
6080 Surety Drive
Suite 101
El Paseo, TX 79905


LEGACY FREIGHT SERVICE LLC
TBS Factoring Service
PO Box 210513
Kansas City, MO 64121-0513


LEGERITY TRUCKING LLC
7900 E 17TH STREET
Kansas City, MO 64126


LEX LEX EXPRESS INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


LIMITLESS FREIGHT INC
13027 VICTORY BLVD
APT 183
North Hollywood, CA 91606-2925


LOAD EXPRESS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


LOGISTIK Xpress LLC.
7917 McPherson Rd
Suite 205 #235
Laredo, TX 78045


LOLA TRUCKING INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


LONGHAUL TRUCKING INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

LOOTEN LOGISTICS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


LT Delivery Inc
7163 SW Karen Road
Trimble, MO 64492


LUKAS CARGO SYSTEMS LLC
Orange Commercial Credit
PO Box 11099
Olympia, WA 98508


M&R TRUCKING LLC
100 TOWERVIEW DR
Versailles, MO 65084


Magnum Logistics
Magnum Development & Construction,LLC
107 Tanya
Cabot, AR 72023


Markival, LLC
14902. Preston Road #404-407
Dallas, TX 75254


MARTZ TRUCKING INC
36370 ROCKVILLE RD
Louisville, KY 66053


MATAMOROS TRUCKS LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


MAXX TRANS LLC
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195


McDowell Rice Smith & Buchanan
605 W 47th St., Ste 350
Kansas City, MO 64112-1905

MCK LOGISTICS LLC
TRANSWEST CAPITAL, INC
Dept 3381
PO Box 123381
Dallas, TX 75312


MCR TRANSPORT SERVICES LLC
BOBTAIL CAPITAL, INC.
PO Box 932119
Atlanta, GA 31193


MDJ EXPRESS INC
Next Day Funding Inc
21000 Torrence AVE
Chicago Heights, IL 60411


MEDALLION TRANSPORT & LOGISTICS LLC
701 EAST GATE DRIVE STE 110
Mount Laurel, NJ 08054


MELODY TRANSPORTATION INC
eCapital Freight Factoring Corp. - Dalla
PO Box 206773
Dallas, TX 75320


MELTON TRUCK LINES INC
PO BOX 268946
Central Oklahoma City, OK 73126


MERCATOR GLOBAL LOGISTICS LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


MEROBE LOGISTICS
TBS Factoring Service, LLC
PO Box 248920
Central Oklahoma City, OK 73124


MERON ENTERPRISES INC
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195

MESILLA VALLEY TRANSPORTATION
PO BOX 674364
Dallas, TX 75267-4364


MGR FREIGHT SYSTEM, INC
500 WEST PLAINFIELD ROAD
La Grange, IL 60525


MICAR EXPRESS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


MIDWEST FREIGHT SYSTEMS CORP
21900 HOOVER RD
Warren, MI 48089


Midwest Motor Express
PO Box 1496
Bismark, ND 58502


MILE AFTER MILE LLC
CT Cash LLC
Dept 2189
PO Box 122189
Dallas, TX 75312


Missouri Attorney General
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102


Missouri Department of Labor
Div of Employment Security
PO Box 59
Jefferson City, MO 65104-0059


MIT FREIGHT, INC.
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631

MJ FREIGHT LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


MK LOGISTICS LLC
2841 N WATSON RD STE 257
Arlington, TX 76006


MKSEAL TRUCKING LLC
eCapital Freight Factoring Corp. - Dalla
PO Box 206773
Dallas, TX 75320


MM GLOBAL ENTERPRISES LLC
ASSIST FINANCIAL SERVICES, INC
PO Box 347
Madison, SD 57042


MN CARRIER LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


MNALAN TRUCKING CORP
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


MNG TRANSPORTATION INC
404 S CEDARCREST DR
Schaumburg, IL 60193


MNK LOGISTICS LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


MS EXPRESS INC
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195

MSC Transportation Corp
Firstline Funding Group
PO Box 328
Madison, SD 57042


MTM TRANSPORTS LLC
3057 EQUESTRIAN CT
Bowling Green, KY 42104


MTY TRANSPORTATION LLC
3838 RHOTEN DR
Sterling Heights, MI 48310


MULTIPLE SERVICES EQUIPMENT CO.
1124 HOWELL ST
Kansas City, MO 64116


MUSIC CITY LOGISTICS EXPRESS INC
1420 TOSHIBA DRIVE SUITE C
Lebanon, TN 37087


NATION LINK TRANSPORT, INC
ENGLAND CARRIER SERVICES
PO Box 953086
St. Louis, MO 63195


NATIONWIDE TRANSPORTATION AND LOGISTICS
PO Box 3190
Shawnee, KS 66203


NATURAL GAS LOGISTICS INC
Greenpath Logistics
10733 Spangler Rd.
Dallas, TX 75220


NCA TRANSPORT, INC
1625 HOLLY AVE
Darien, IL 60561


NECCO Coffee
4300 Belgium Boulevard
Suite 100
Riverside, MO 64150

Neil C. Gosch
Triplett Woolf Garretson LLC
2959 North Rock Road
Suite 300
Wichita, KS 67226


New Penn
501 Commerce Street
Suite 1120
Nashville, TN 37203


NEW TIME LOGISTICS INC
Crossroad Services LLC
PO Box 653076
Dallas, TX 75265


NEXTLINE TRANSPORTATION INC
5700 TENNYSON PKWY
STE 300
Plano, TX 75024


NOBLE LOGISTICS INC.
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


NORTH WAY EXPRESS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


NTA TRUCKING INC
NU-KO Capital
PO Box 150884
Ogden, UT 84415


NTL TRUCK LINE INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


O P TRUCKING LLC
2305 14TH ST
Emmetsburg, IA 50536-1872

Office Depot, Inc.
PO BOX 660113
Dallas, TX 75266-0113


Old Dominion Freight Line
500 Old Dominion Way
Thomasville, NC 27360


OLYMPIC TRANSFER CORP.
Crestmark
PO Box 682348
Franklin, TN 37068


ONKAR TRUCKING LLC
13323 W 129th St
Overland Park, KS 66213


Oracle NetSuite
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693


OSKAR EX INCORPORATED
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


P AND P TRUCKING INC
408 MERRY OAKS RD
Streamwood, IL 60107


P&B LOGISTICS INC
14302 S 81ST COURT
Orland Park, IL 60462


P.A.M. TRANSPORT, INC.
HIGHWAY 412 WEST
Tontitown, AR 72770


PABLO ALBERTO MORALES
Thunder Funding
Dept. # 3003
PO Box 1000
Carlsbad, TN 38148

PACIFIC FINANCIAL ASSOCIATION, INC.
c/o Federal Service Company
1606 W. WHISPERING WIND DR
Phoenix, AZ 85085


PAM INTERNATIONAL INC
CD Consortium Corporation
8930 Waukegan Rd
Suite 230
Morton Grove, IL 60053


Panama Transfer
HIGHWAY 412 WEST
Tontitown, AR 72770


PANTERA TRUCKING LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


PARTNER FR8 TRUCKING LLC
Third Coast Commercial Capital, Inc
PO Box 14887
Humble, TX 77347-4887


Paseo Industrial LLC (Block)
4622 Pennsylvania Avenue
Suite 700
Kansas City, MO 64112


PDM TRANSPORTATION,  INC.
16016 SLOVER AVE
Fontana, CA 92337


PELOTON EXPRESS, INC.
Commercial Funding Inc.
PO BOX 207527
Dallas, TX 75320


Performance Breakthrough
758 Fillmore Court
Paramus, NJ 07652


Pilot Freight Services
PO Box 654058
Dallas Downtown Historic District, TX 75265

```
PITT OHIO
15 27TH ST
Pittsburg, PA 15222


PITT OHIO EXPRESS
PO BOX  643271
Pittsburg, PA 15264-3271


PKD EXPRESS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


PLANA TRANSPORTATION INC
TCI Capital
PO Box 9149
Minneapolis, MN 55480


PLANET LOGISTICS INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


Polo Coronado Trucking / Leopaldo Corona
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 33631


Presto-X
PO Box 740608
Cincinnati, OH 45274-0608


PRICE TRUCK LINE
PO Box 88226
Milwaukee, WI 53288


PRIME SOURCE TRUCKING INC.
612 B W 5TH AVE NAPERVILLE
Naperville, IL 60563


PRO STAR LOGISTIC INC
Saint John Capital Corporation
PO Box 74007671
Chicago Loop, IL 60674
```

```
Professional Freight Services, Inc.
13761 Saint Charles Rock
Suite 125
Bridgeton, MO 63044


Progress Freight
596360 HWY 59 N
Traviston
ON
NOB2RO, Canda


PUNIA EXPRESS INC
16494 W 132ND CT
Lenexa, KS 66062


Q-Y TRANSPORTATION INC
2440 N HAZELWOOD CT
Wichia, KS 67205


QUICK FREIGHT LOGISTICS INC
CD Consortium Corporation
8930 Waukegan Rd
Suite 230
Morton Grove, IL 60053


R & M TRANSPORT LOGISTIC INC
Express Freight Finance
PO Box 6188
Carol Stream, IL 60197


R&L Carriers
PO BOX 10020
Port Williams, OH 45164-2000


RAINIER TRANSPORTATION INC
Orange Commercial Credit
PO Box 11099
Olympia, WA 98508


Ramon Inc. d.b.a. Ramon Int'l Insurance
19495 Biscayne Blvd Suite #708
Miami, FL 33180
```

Randall J. Forbes
Frieden & Forbes, LLP
1414 SW Ashworth Place
Suite 201
Topeka, KS 66604


RAVEILL TRUCKING INC.
20982 STATE HWY 210
McGregor, MN 55760


RD EXPEDITED INC
500 W PLAINFIELD ROAD STE 300
Indian Head Park, IL 60525


RDS Equipment, Inc.
3415 S. Blue Ridge Cutoff
Independence, MO 64055


RDX, LLC
4590 AMERICAN WAY
Memphis, TN 38118


RECHE CANYON XPRESS INC
3005 MICHELLE DR
Colton, CA 92324


REDAS, INC
Next Day Funding Inc
21000 Torrence AVE
Chicago Heights, IL 60411


Reddaway Trucking
USF REDDAWAY
26401 Network Place
Chicago, IL 60673


RELAXED LOGISTICS LLC
3226 GREENBROOK CT
Columbus, OH 43224


RELY TRANSPORT INC
1441 Richards Ave
Downers Grove, Il 60516

RHINO TRANSPORTATION, LLC
3800 CRENSHAW RD
Lot 3
Westumpka, AL 36092


RIVER CITY TRANSPORT, INC.
1050 OPPORTUNITY DR
#130
Roseville, CA 95678


RIVERSIDE TRANSPORT, INC.
5400 KANSAS AVE
Kansas City, KS 66106


Roadrunner Transportation Systems
P.O Box 74857
Chicago, IL 60694-4857


Robert C. Rogers
Moseley Marcinak Law Group, LLP
PO Box 26148
Greenville, SC 29616


ROCK SOLID LOGISTICS INC
JD Factors (Chicago)
PO Box 687
Wheaton, IL 60187


ROCKETLINE CARRIER SERVICES LLC
APEX Capital Corp
PO Box 961029
Fort Worth, TX 76161


RODERICK TRANSPORT LLC
TAFS, Inc.
PO Box 872632
Kansas City, MO 64187


RTF EXPRESS INC
11622 Darsley Dr.
Fishers, IN 46037


Russell C. Leffel
6408 Willow Lane
Prairie Village, KS 66208

RUTA EXPRESS INC
742 Stockley Rd
Downers Grove, IL 60516


SAFE WAY CARRIER LLC
APEX Capital Corp
PO Box 961029
Fort Worth, TX 76161


SAIA LTL Freight
PO Box 730532
Dallas, TX 75373


SCOTLYNN USA DIVISION INC.
9597 Gulf Research Lane
Fort Myers, FL 33912


SEC FREIGHT LINES LLC
TAFS, Inc
PO Box 872632
Kansas City, MO 64187


Select Dedicated Solutions
PO Box 208605
Dallas, TX 75320


SELECTIVE EXPRESS, INC.
Power Funding, LTD
PO Box 111
Fort Worth, TX 76101


Seven Seas Insurance Company, Inc.
501 Avenue
Riviera Beach, FL 33404


SEVEN SONS TRUCKING LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


SIA EXPRESS LLC
Engaged Financial LLC
PO Box 775553
Chicago, IL 60677

SIBIC TRUCKING LLC
12032 Tesson Ferry Rd.
#104
St. Louis, MO 63128


SIDHU TRUCKING
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


Silverarch Transportation Inc
7328 Summerview Manor Ln
St. Louis, MO 63129


SINAI EXPRESS LLC
349 Evie Brittain Ct
Wellford, SC 29385


SINGH AND SINGH TRANSPORT LLC
5865 Central Avenue
Newark, CA 94560


SMC3
PO Box 2040
Peachtree City, GA 30269


SMH Trucking LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284-0267


SOS TRUCKING SERVICES LLC
Financial Carrier Services, Inc.
PO Box 151052
Ogden, UT 84415


Southeastern Freight Lines
PO Box 100104
Columbia, SC 29202-3104


SP EXPRESS LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

SPEED FREIGHT INC
Financial Carrier Services, Inc.
PO Box 151052
Ogden, UT 84415


SS BAJWA TRANSPORT INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


STANDARD HAULING LLC
199 Ridgeview Circle
Duncan, SC 29334


STAR PLASTICS & LOGISTICS SERVICES LLC
13100 Wortham Center Dr
Ste. 314
Houston, TX 77065


STATEWIDE LOGISTICS INC
1009 N. Pacific Ave St. 4504
Glendale, CA 91202


STEADY TRUCKN LOGISTICS LLC
4002 Lake Cypress Cir
Houston, TX 77068


Suddath Van Lines
815 SOuth Main Street
Jacksonville, FL 32207


SUNLIGHT LOGISTICS INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


SUPERION INC
120 Oak Hill Dr
Wood Dale, IL 60191


Sutton Transport
PO box 78425
Milwaukee, WI 53278-8425

SYSTEMAIR
10048 Industrial Blvd.
Lenexa, KS 66215


T. S. EXPEDITING SERVICES, INC.
27681 Cummins Road
Millbury, OH 43447


TERGLAU INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


Texas Attorney General
300 West 15th Street
Austin, TX 78701


Texas Workforce Commission
Tax Department
101 East 15th Street
Austin, TX 78778-0091


Tforce Logistics, Inc.
% Corporation Service Company
2900 SW Wanamaker Drive, Suite 204
Topeka, KS 66614


THE HANDOVER INSURANCE GROUP
PO BOX 580045
Charlotte, NC 28258-0045


THUNDERSTONE LOGISTICS LLC
650 W. Highway 60
Monett, MO 65708


Tiger Capital Group, LLC
60 States Street
Floor 11
Boston, MA 02109


TIGER LOGISTICS
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284

```
TIGON LOGISTICS INC
Crestmark
PO Box 682348
Franklin, TN 37068


TIGRIS TRUCKING LLC
9746 Wind Dancers
San Antonio, TX 78251


Tim Nolan
13114 West 127th Terrace
Overland Park, KS 66213


Tim Nolan
12111 South Summit Street
Olathe, KS 66062


TIME LOGISTICS INC
JD Factors
PO Box 687
Wheaton, IL 60187


Time Nolan
13114 West 127th Terrace
Overland Park, KS 66213


TIME WARNER CABLE
PO Box 1104
Carol Stream, IL 60132-1104


TIMELINE TRANSPORTATION INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


TIRANA TRANSPORTATION INC
765 W. St. Johns Pl
Addison, Il 6010-3268


TITAN TRANS LOGISTICS INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261
```

```
TJ GOODS CARRIER INC
606 Nicole Drive
Apt. B
Greenwood, IN 46143


TMS TRANSPORT SOLUTIONS INC
APEX Capital Corp
PO Box 961029
Fort Worth, TX 76161


TOMMY STAGGS
Firstline Funding Group
PO Box 328
Madison, SD 57042


TONGDA TRUCKING INC
12986 4th St
Unit B
Chino, CA 91710-3448


TOP TRUCKING INC
Saint John Capital Corporation
PO Box 74007671
Chicago, IL 60674


TORRES TRANSPORT LLC
TBS Factoring Service, LLC
PO Box 248920
Central Oklahoma City, OK 73124


TOTAL SOLUTION SERVICE LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


Trade Carriers, LLC
2100 W. Jackson Rd
Hidalgo, TX 78557


TRANS LINE LLC
9315 Kenton Ave
Shawnee, KS 66227


Trans Recovery Solutions, LLC
6915 Crumper Blvd., Suite I
Olive Branch, MS 38654
```

TRANSMEX INC SA DE CV
Yedid Adriano
TRANSMEX INC SA DE CV
1001 Diesel Drive
El Paseo, TX 79907


TRANSPORT SYSTEMS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


Travelers Insurance
485 Lexington Avenue
New York, NY 10017


TRIPLE THREE GROUP INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


TRITON CARRIERS LLC
890 N. Industrial Park Ave
Nogales, AZ 85621


TRUCKIN AROUND LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


TRUCKLOADS EXPRESS LLC
Steelhead Finance
3518 Heathrow Way
Medford, OR 97504


TRUE HEART LOGISTIC INC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


TRUE TRANSIT INC
18 Dangelo Dr
Webster, NY 14580-8531


ULINE
PO Box 88741
Chicago, IL 60680-1741

UMC EXPRESS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


Unimex Logistics LLC
700 West Anaya Road
Pharr, TX 78577


United Healthcare
UHS Premium Billing
PO Box 94017
Palatine, IL 60094-4017


UNITED LOGISTICS SERVICES LLC
15368 Wintergreen St NW
Andover, MN 55304


United States Dept of Commerce
Office of hte Director
Washington, DC 20233-0001


UNLIMITED FREIGHT INC.
JD Factors (Chicago)
PO Box 687
Wheaton, IL 60187


UPS
PO Box 650116
Dallas, TX 75265


UPS FREIGHT
28013 Network Place
Chicago, IL 60673-1280


UPS Parcel
PO Box 650116
Dallas, TX 75265


UPS TForce Freight
PO Box 650116
Dallas, TX 75265

URO EXPEDITE LLC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


US Attorney
US Courthouse
500 State Avenue, Rm 360
Kansas City, KS 66101


US BEST TRANSPORT INC.
TBS Factoring Service, LLC
PO Box 248920
Central Oklahoma City, OK 73124


US FREIGHT TRANSPORT LLC.
CD Consortium Corporation
8930 Waukegan Rd
Ste. 230
Morton Grove, IL 60053


US Road
PO Box 9070
Wichita, KS 67277


USF Holland, LLC
% The Corporation Company
112 SW 7th Street, Suite 3C
Topeka, KS 66603


USKO EXPRESS INC
11290 Point East Dr
Ste. 200
Rancho Cordova, CA 95742


UTTAM SHAH TRANSPORT LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


VALLEY TRANSPORT INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261

VANNER INC
Triumph Business Capital
PO Box 610028
Dallas, TX 75261


Verilance, Inc.
43525 Ridge Park Drive
Suite 300
Temecula, CA 92590


VFLASH N LLC
2745 Orchard Lane
Apt. 3204
Sacramento, CA 95833


VINI EXPRESS LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


VIRNICH CORPORATION
245 W. Roosevelt Rd
Bld. 15 Unit 113
West Chicago, IL 60185


VITA NOVA LLC
Firstline Funding Group
PO Box 328
Madison, SD 57042


VTT TRANSPORT, LLC
England Carrier Services
PO Box 95386
St. Louis, MO 63195


VYPER, LLC
18379 Dogwood Road
Carthage, MO 64836


W TRUCKING GROUP INC
Saint John Capital Corporation
PO Box 74007671
Chicago Loop, IL 60674

WADALA TRUCKING INC
10859 Dutch Tulip Dr.
Stockton, CA 95209


WALETICH CORPORATION
353 Industrial St. E.
Kasota, MN 56050


WESTERN LOGISTICS TRUCKING INC
Royalty Capital, Inc.
2764 N. Green Valley Pkwy
Ste. 382
Henderson, NV 89014


WESTERN XPRESS INC
15408 Rancho Fontana Village Pkwy
Fontana, CA 92336


WEX Health, Inc.
PO Box 9528
Fargo, ND 58106-9528


WEYRAH TRANSPORTATION LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


WHYZ TRANSPORT INC
TransAm Financial Services (TAFS)
PO Box 872632
Kansas City, MO 64187


WIM TRANSPORTATION LLC
CD Consortium Corporation
8930 Waukegan Rd.
Ste. 230
Morton Grove, IL 60053


WINDS TRANSPORTATION INC
eCapital Freight Factoring Corp - Dallas
PO Box 206773
Dallas, TX 75320

WOOTEN & SONS ENTERPRISE LLC
Lookout Capital, LLC
PO Box 161124
Atlanta, GA 30321-1124


XPO Logistics
29559 Network Place
Chicago, IL 60673-1559


YELLOW LOGISTICS
PO Box 775556
Chicago, IL 60677


YO TRANSPORT LLC
Century Finance, LLC
PO Box 589
Memphis, TN 38101


YRC Freight
PO Box 730375
Dallas, TX 75373


Z AND M TRUCKING LLC
RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284


ZAM TRANS INC
4811 Chippendale Drive
Ste. 802
Sacremento, CA 95841


ZARO TRANSPORTATION, LLC
18729 Metropolitan Road
Laredo, TX 78045


ZENITH TRANS INC
LVNV Capital Corp
PO Box 32107
Las Vegas, NV 89173


ZION TRANSPORT, INC.
8710 Sherwood terrace
San Diego, CA 92154

```
ZUPA GLOBAL, INC.
JD Factors (Chicago)
PO Box 687
Wheaton, IL 60187
```

# United States Bankruptcy Court
## District of Kansas

In re    Priority Logistics Inc.                                          Case No.

                                            Debtor(s)              Chapter      7

# VERIFICATION OF CREDITOR MATRIX

I, the Executive Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    April 17, 2023                    /s/ David A. Burdick

                                           David A. Burdick/Executive Vice President
                                           Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   Priority Logistics Inc.

                             Debtor(s)

Case No. _____

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Priority Logistics Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 17, 2023
_____
Date

/s/ Colin Gotham
_____
Colin Gotham KS#19538; MO#52343

Signature of Attorney or Litigant
Counsel for   Priority Logistics Inc.
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com